EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>423-2022-01042 |

_____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Anthony Gibson | (662) ▮▮▮▮▮▮▮ | |

**Street Address**

P.O. Box 765

Brandon, MS 39043

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| VitalCore Health Strategies | 501+ Employees | |

**Street Address**

719 SW Van Buren St STE 100

TOPEKA, KS 66603

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Retaliation | Earliest: 04/03/2022     Latest: 04/03/2022 |

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I began working for the employer as a Health Services Administrator on October 6, 2020. I was discharged on April 3, 2022. On March 26, 2021, while I was at CMCF Facility to do an ACA audit, the director of operations called me over to show me something on her phone, while standing in front of the copy machine, that her and the VP of Operations was looking at laughing which was an image of an inmate's penis. I told her she shouldn't have shown me that. Shortly after that incident, on March 26, 2021, the VP of Operations was standing in the doorway across from the copy machine. I ran a copy and was walking through the door were he was standing and he palm slapped me on the butt. Shortly thereafter, I called and emailed the CEO and CMO about the incident. I was asked to come to a luncheon with the CEO, CMO, Chief of Operations and VP of Operations for which the VPO stated that he could not recall doing that to me. The CEO stated that he would go through training. I was pulled from the site and sent back to my home site. After that incident (over a week later), I was excluded from emails and pertinent meetings. I wasn't sent medical supplies for my site. On December 20, 2021, I texted the CEO and stated that I wasn't being treated fairly. On January 3, 2022, I was told that eff immediately HSA's were being replaced with RN's. I was given a severance package and told that my last day would be April 3, 2022. I believe I have been discriminated against in retaliation for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Anthony Gibson**<br>06/08/2022 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| *Charging Party Signature* | |

EXHIBIT A