**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ANTHONY QUINN GIBSON**                                    **PLAINTIFF**

**VS.**                                        **CAUSE NO. 3:23cv298-DPJ-FKB**

**VITALCORE HEALTH STRATEGIES, LLC**                        **DEFENDANT**

**DEFENDANT VITALCORE HEALTH STRATEGIES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, as well as Local Rule 7.1, Defendant

VitalCore Health Strategies, LLC, states that it has no parent corporation and no publicly held

corporation currently owns 10 percent or more of its stock. The Defendant further states that it

does not have any subsidiaries, nor does it have any affiliates that have issued shares of ownership

to the public.

**RESPECTFULLY SUBMITTED** this 21st day of September, 2023.

**VITALCORE HEALTH STRATEGIES, LLC**

**BY:**    */s Hiawatha Northington II*
Hiawatha Northington II, Miss. Bar No. 10831
GORDON REES SCULLY MANSUKHANI, LLP
1000 Highland Colony Parkway, Suite 5203
Ridgeland, MS 39157
Telephone: (601) 427-6239
Facsimile: (662) 580-4556
hnorthington@grsm.com
*Counsel for Defendant VitalCore Health Strategies,*
*LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 21st day of September 2023, served a copy of the foregoing upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy to be electronically served on all counsel of record.

*/s/Hiawatha Northington II*
HIAWATHA NORTHINGTON II