IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANTHONY QUINN GIBSON**                                                                 **PLAINTIFF**

**VS.**                                                              **CAUSE NO. 3:23-cv-298-DPJ-FKB**

**VITALCORE HEALTH STRATEGIES, LLC**                                     **DEFENDANT**

## NOTICE OF SERVICE OF DISCOVERY

TO:     ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Plaintiff Anthony Quinn Gibson, by and through counsel, has this day served upon all counsel of record a true and correct copy of **Plaintiff's Second Set of Requests for Production Propounded to Defendant** via electronic mail.

The undersigned retains the original of the above document as custodian thereof.

SO NOTICED, this the 14th day of May, 2024.

                                ANTHONY QUINN GIBSON, Plaintiff

By:     */s/ Yance Falkner*
        Jim Waide, MS Bar No. 6857
        Rachel Pierce Waide, MS Bar No. 100420
        Yance Falkner, MS Bar No. 106107
        WAIDE & ASSOCIATES, P.A.
        332 North Spring Street
        Tupelo, MS  38804-3955
        Post Office Box 1357
        Tupelo, MS  38802-1357
        Telephone:  (662) 842-7324
        Facsimile:  (662) 842-8056
        Email:   waide@waidelaw.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing **Notice of Service of Discovery** with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Hiawatha Northington II, Esq.**
**GORDON REES SCULLY MANSUKHANI, LLP**
**1000 Highland Colony Parkway, Suite 5203**
**Ridgeland, MS 39157**
**hnorthington@grsm.com**
**atlfilings@grsm.com**

DATED, this the 14th day of May, 2024.

/s/ Yance Falkner
Yance Falkner