9:52 LTE

New Message Cancel

To: Anthony Gibson

I just talked to NP Dunn and she said that the nurse did try to call me and Dr. Arnold but was having phone issues. NP Bennett called me on her cell and informed me. I immediately called Kathy with the little information NP Bennett gave me. Dr. Arnold usually calls Dr. Singh. If someone calls our Facility, it's difficult getting through due to the phone lines.

Ok thank you

Tue, Dec 21, 8:12 AM

Hi Mrs. Viola,

I am not being treated fairly as a HSA. After the incident happen, I immediately notified Kathy 1 minute after I received the call and told her I don't have all the details right now but I will get back.

Minutes later, Dr. Singh calls me just to confront me that he received a call from the Commissioner about the incident. I had the answers then. While I was trying to inform him of

Text Message

9:52 LTE

New Message Cancel

To: Anthony Gibson

but I will get back.

Minutes later, Dr. Singh calls me just to confront me that he received a call from the Commissioner about the incident. I had the answers then. While I was trying to inform him of what happen, he hung up in my face and didn't attempt to call back. When I was texting you all, I had some information then. Over an hour later, Ms. Cyprain said that Dr. Singh and Kathy just called her asking what happened? She told them she had no idea. Then Dr. Singh called NP Dunn. It takes a little time to gather the information.

I'm the one that usually calls and notify everyone and Dr. Arnold and I agreed that he would call Dr. Singh and I would call Paul at that time. The nurses couldn't reach either of us.

Can I please have a moment to sit down with you, Kathy and Dr. Singh face-to-face?

Tue, Dec 21, 12:05 PM

You can meet with Kathy and Dr Singh when you are there today

Text Message

9:53 LTE

New Message Cancel

To: Anthony Gibson

Can I please have a moment to sit down with you, Kathy and Dr. Singh face-to-face?

Tue, Dec 21, 12:05 PM

You can meet with Kathy and Dr Singh when you are there today. Notification is urgent in these cases and there is no reason to not have the information. If you didn't have it and Dr Singh had to find out from others after everyone else is notified. There is a problem. We can discuss this when you return next Tuesday after you meet with Kathy and Dr Singh. This is not the first time that you have had this type of breakdown at your site in communication. A plan must be out in place to prevent this delay from happening again. I will talk with you after the holiday.

Mon, Jan 3, 5:53 PM

Please give a call

Yes ma'am... I'm walking out the building now.

Text Message

Pay