IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY QUINN GIBSON                           PLAINTIFF

VS.                          CAUSE NO. 3:23-CV-298-DPJ-FKB

VITALCORE HEALTH STRATEGIES, LLC               DEFENDANT

_____

DEPOSITION OF DR. RAMAN SINGH

_____

Taken at the Instance of the Plaintiff

In the Law Office of Gordon Rees Scully Mansukhani

1000 Highland Colony Parkway, Suite 5203

Ridgeland, Mississippi 39157

On May 2, 2024

At 1:00 p.m.

REPORTED BY:   SHARRON F. ALLEN, CSR, RPR
               CSR NO. 1144

---

APPEARANCES:

YANCE FALKNER, ESQUIRE
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, Mississippi 38802

REPRESENTING THE PLAINTIFF

HIAWATHA NORTHINGTON II, ESQUIRE
JESSICA McLAURIN, ESQUIRE
Gordon Rees Scully Mansukhani, LLP
1000 Highland Colony Parkway, Suite 5203
Ridgeland, Mississippi 39157

REPRESENTING THE DEFENDANT

---

TABLE OF CONTENTS

Style ................................................ 1
Appearances ......................................... 2
Table of Contents ................................... 3
Examination by Mr. Falkner .......................... 4
Examination by Mr. Northington....................... 80
Deposition Concluded ................................ 81
Certificate of Court Reporter ....................... 82

---

DR. RAMAN SINGH, having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. FALKNER:

Q.   Can you state your name for the record.

A.   My name is Raman, R-A-M-A-N, Singh, S-I-N-G-H.

Q.   Good afternoon, Mr. Singh.  My name is Yance Falkner.  I'm an attorney, and I represent Mr. Anthony Gibson in a lawsuit against VitalCore.

Is there a good -- if we need to reach you -- I know you've got your attorney here that reached out to you for this, but just in case anything changes, is there a good address that we can have for you to reach out to you if we need to?

A.   Good afternoon, first, Mr. Falkner.  I appreciate you being here.  Yes, I can give you my office address.

Q.   Okay.

A.   You're ready?  805 South Wheatley, W-H-E-A-T-L-E-Y, Street, Suite 350, Ridgeland, Mississippi.  And I have been here four years,

but I don't know the ZIP Code.

Q.    That's all right.

MR. NORTHINGTON:   39157.

BY MR. FALKNER:

Q.    And what's a good phone number for us to reach you at?

A.    My office phone number is (601) 499-5660.

Q.    And have you ever given a deposition before?

A.    Yes, sir.

Q.    Okay.  And so I assume you're kind of familiar with it.  There are a couple of things I like to go over that make it a little bit easier.  The main thing is that we want to take care of our court reporter here because she's doing all the hard work, and she's the most important person in the room.  And so, as best as you can, try to let me finish asking a question before you answer it.  A lot of times, you know what I'm asking, and you want to go ahead and start answering, but just let me finish it so that way we're not talking at the same time, because it's really hard for her to write down two people talking at once.  So if

you can do that, that will be really helpful.

The other one, sometimes I ask a bad question or I word it unclearly.  If that happens, please just let me know, and I'm more than happy to rephrase it or ask it again.  I don't want you to try to answer any questions that you don't understand.  And so if you start answering one, I'm going to assume that you understand it.  But please don't think you're going to offend me if you tell me that I said something that was a little bit vague or hard to answer.  Okay?

A.    Yes.

Q.    And, lastly, just answer audibly to all the questions.  Ms. Sharron can't write down when you nod your head, so just answer with a "Yes," "No," "Maybe," "I don't know," whatever the answer may be.  Okay?

The next one, I'll ask a lot of questions.  I don't necessarily expect you to have an answer to every question.  And so if you don't know, feel free to say that you don't know the answer to a question.  This isn't meant to be a memory test or anything like that, and so "I don't know" is a perfectly acceptable answer.

And, then, I know we talked about this beforehand, but if your phone rings or something and you need to take a call, just let me know, and we can take a break.  Okay?

A.    Thank you.  And I understand all these things.

Q.    Can you start by telling me where it is you're employed.

A.    Will you please repeat your question.

Q.    Sure.  Can you start by telling me where it is you're employed, where you work.

A.    I'm employed by VitalCore Health Strategies.  Their corporate headquarters is in Topeka, Kansas.  If you need the street address, I can provide that to you.  And the regional office is in Ridgeland, Mississippi, which I just gave you the address.

Q.    And how long have you been working with VitalCore?

A.    Since September 2020.

Q.    And I'll come back to that in just a second, but where did you work before you were at VitalCore?

A.    Concentra Occupational Care in Kenner, Louisiana.

Q.    What was your role with Concentra?

A.    I was their site medical director.  Center medical director.  I apologize.

Q.    Is that a -- is that a similar role to the one that you hold now with VitalCore?

A.    No.

Q.    And I guess I should have asked: What's the role that you have with VitalCore right now?

A.    I'm VitalCore's chief medical officer.

Q.    Has that been the only role you've had with VitalCore?

A.    No.  When I started, my designation was regional medical director.  Then I was president of clinical operations.  Then I was their -- since then, I have been their corporate chief medical officer.

Q.    And that's over the course of four years.  Were those promotions, or was it just a change in title and responsibilities?

A.    I would say both.  In these four years, VitalCore also grew as a company; so sometimes it was a title change because the business decision was made, and definitely promotion as the chief medical officer for the entire

VitalCore.

Q. Okay. And that was going to be my next question. That chief medical officer is for all of VitalCore, not just Mississippi specifically?

A. Yes. So the last promotion.

Q. How many states does VitalCore operate in? I know you said they're headquartered in Kansas, and I know they operate in Mississippi. Do they operate in other states as well?

A. Yes, sir, they do. And I wish I could answer that question truthfully. It's on our website map. But to give you an idea, it's like -- I'll say definitely 16, 18, 20 different states. So, for sake of clarity, we have, too, multiple kinds of contracts. Like Mississippi, we have a state correctional system. So we have Mississippi. We just have started in Michigan, Delaware. Then we also provide healthcare to many county jails. So like county jails in South Carolina, Georgia. So we are in many states.

Q. Okay. And it's my understanding that VitalCore got this contract in Mississippi in 2020. Were you a part of that process of getting the contract for VitalCore in

Mississippi?

A. I don't think so. When I was offered a job, VitalCore was given the contract, and we were negotiating the terms and the staffing, all of the issues. So the contract with VitalCore went into effect from October 5th or 6th of 2020. And I don't know what happened before I joined, but I can only assume the negotiations were going on for a few weeks before that. It wasn't an emergency contract.

Q. And you said that, when you came on, they were still negotiating some of the terms of the contract. Were you part of those negotiations, or did you just know they were going on?

A. I just knew they were going on.

Q. Okay. And so I just want to try to get a timeline just so that way I'm making sure that I'm asking the right questions. When you came on to VitalCore in September of 2020, what was your title then?

A. To answer the question truthfully, I will have to go back and look and have my human resources send it to you, but it will be probably regional medical director, like the

lead medical director for the Mississippi contract.

Q. Okay.

A. If that gives you any idea.

Q. Yes, it does. It does. Thank you.

A. I think it was vice president, but I'm not sure, so . . .

Q. Okay. How about -- how about I ask it this way. Maybe this will make it a little bit easier. When you came on in September 2020, what did you understand that your responsibilities were going to be?

A. So like to be the chief medical officer, chief medical person for the entire Mississippi DOC contract.

Q. Okay. And has that -- have you had those responsibilities since then?

A. Yes. And I'm just trying to clarify because there are so many layers of chief medical officer, so it may be confusing to someone, so I'm going into a little bit length to explain.

Q. I understand, and I appreciate that. That's why I'm asking. I'm just trying to get an understanding. You're more than welcome to

treat me like I'm dumb because I probably am. And so feel free to explain in whatever way makes the most sense to you. Okay?

A. So I'd like to answer that.

Q. Okay.

A. I don't think you're dumb. I believe, if I give you information, that will allow you to make good questions, and, you know, answers you're looking for.

Q. Right. I appreciate that.

And so, as part of your responsibilities as the chief medical officer -- chief medical officer for the Mississippi contracts, who was over you at that time?

A. Dr. Lorelei Ammons.

Q. Can you say that name again.

A. Lorelei, L-O-R-E-L-E I, Lorelei. Last name is Ammons, A-M-M-O-N-S.

Q. Okay. Was Dr. Ammons in Mississippi, or was that -- was that a corporate personnel?

A. She's a corporate personnel.

Q. As far as the Mississippi contracts go, was there anyone else in Mississippi that was over you, or were you -- or were you, for lack of a better term, the top person in Mississippi

for those contracts?

A. Yes, I was.

Q. And so we've heard some testimony today talking about the ACA audit that went on for the Central Mississippi Correctional Facility, and I'm going to refer to that as "CMCF" because that's the way that's been referred to and it's easier to say. And so we heard some testimony about that audit. Were you a part of that audit process when it was going on back in 2021?

A. Yes and no. Part means in my job I have to make sure that we are prepared to work with the team; but as a part of the audit itself, the answer is no.

Q. Did you assign personnel to complete that audit process?

A. Once again, we already had a team, certain staff members responsible to have those documents ready, but I do recall reaching out to Mr. Gibson at East after talking to my colleagues here to -- seeking his help with ensuring that CMCF was ready and prepared for the audit.

Q. Why did you seek Mr. Gibson's help?

A. As I recall, Mr. Gibson was really good with what I call -- I'm really dumb when it comes to computers, like computer stuff. You know, I usually use two fingers to type. Mr. Gibson was super smart. You know, all these files, Excels, you just name it, systems. And we'd just had an ACA audit at East, East Mississippi Correctional Facility, where Mr. Gibson was the health services administrator. So -- and the reason I had recommended him was also because he used to -- he told me that he used to work at CMCF. It was closer to his house. The way he explained to me, it wasn't a big deal for him to help at CMCF. And I think that's the reason I had recommended him to come and help us with the audit.

Q. Okay. Do you recall who was working on the CMCF audit before Mr. Gibson came on?

A. Yes. But it will be helpful if we understand the audit process. So this is done by American Correctional Association. They have expected performance standards. So a prison needs to keep up with those numbers. They require those files every month on a month-by-month basis. So this audit is done every two years. So if they are going to audit CMCF in 2022, they will be looking at the files from 2020 till 2022, for the last two years, those numbers. So the preparation is making sure those files are there, necessary documents are there, and people understand what's going to happen. If that helps you understand. So it's not sprucing up a place to look clean by the parties. Making sure all the documentation for the previous two years are there --

Q. Okay.

A. -- in the correct way, the way ACA wants it to be in the file.

Q. Okay. And so I just -- I just want to restate that back to you to make sure I have a good understanding. The ACA audit isn't about physical appearance of the prison or anything of that nature; it's about whether or not the files are being kept correctly. Is that -- is that a fair way of saying it?

A. A little bit more to it.

Q. Okay.

A. So the ACA audit has a security component, which will go into the security, the ratio of bathrooms with the inmate population, conditions of confinement. We are a part of healthcare. So, yes, when you say keeping correct files, that's okay, but those files have the data and the statistics and the numbers for the ACA policies -- how many intake examinations you had done, let's say, in 2020, how many of them you did TB testing in 2020. So those statistics reflect the performance of the institution. So it's not just keeping up the files. And then you have to have the backup information and documentation to support it, because anyone can simply create the form, "I have done 100 inmates, and I did TB testing on all 100." Then you have to have the names. You have to have the TB test reports, things like this. So if that helps you.

Q. Very helpful. I had a pretty good understanding, but that's a really helpful explanation.

A. Okay.

Q. And so you said the ACA does those audits every two years?

A. I think so, and I think that was the first audit, ACA audit, for CMCF because -- and I'm just telling you to the best of my memory.

I think, in Mississippi, state prisons were audited by another organization called NCCHC, National Commission on Correctional Healthcare. American Correctional Association is a different organization. NCCHC audits are only about healthcare. ACA audits are comprehensive. Healthcare is just one part. They also do the security, architectural, and other issues.

So MDOC, which is Mississippi Department of Corrections, made the policy decision to get all the facilities audited and accredited by ACA. So whenever this happened, that was possibly the first ACA audit for CMCF.

Q. Okay. And so what is -- what is getting that accreditation from ACA? Does that change something for the prison, allow any federal grants, or what's the purpose of getting that ACA accreditation?

A. Let me see how -- that's a good question, and I'm just trying to find a good answer. It's more like a seal of approval. So ACA has hundreds of standards. There are mandatory standards. So once they're auditing, they are looking for the compliance with those standards with the documents. Not on that day but in a certain time frame. So a prison has to pass 100 percent of all those hundreds of mandatory standards, and it has to pass, I think, 90 percent of nonmandatory standards. So once these auditors, they come, they spend a week, they go through the files, they do the inspection, they talk to the staff. I'm going too fast, so I'm going to slow down. They talk to the staff, they talk to inmates, and they give each facility a score. And if that facility meets that score, then they award what's called the ACA accreditation. So to the correctional world, that's more like a seal of approval. That your prison is accredited means it's good. It meets the standards.

Q. Okay. Is there any penalty for not meeting those standards?

A. No, I don't -- I don't think so.

Q. Okay. Are there any federal funds that are not available to prisons that don't meet the ACA standards?

A. That's a good question, but I do not think so because ACA is a voluntary organization and has no relationship to federal government.

Q. Okay. And so I don't -- I don't mean those things. It's not like that.

Q. So when this audit was happening -- and correct me if I'm wrong. The ACA audit was in 2021?

A. My days -- the only thing I know possibly is today's Thursday. I'm kidding. I think that sounds about right.

Q. Today is Thursday. You made me question myself there for a second.

And so I'll represent to you that the audit was probably going on in 2021, and so shortly after VitalCore took over the contract. Is that right?

A. Yes. So when we were given the contract, at that point MDOC told us that they want all their sites to be accredited by ACA. And it's a long process for the first-time audit. You have to get your site ready. You have to learn about ACA standards. American Correctional Association will send a team of experts to come and do the preliminary audit to identify the deficiencies, the areas of growth. Then they will give this plan to the site and to MDOC. Then security has to start working on the security plan; healthcare has to start working

to minimize it; I'm just trying to figure out the purpose of it. But is it just kind of like a trophy, to get an ACA accreditation, or is there some sort of benefit that comes along with having that ACA accreditation?

A. So I'll give you two examples because I think you are asking good questions. Cars have a crash safety rating. I'm not sure it's mandatory or it's not, but when I'm buying a car, I'm looking for that safety rating, or a Better Business Bureau stamp "This battery is certified." That gives me a sense of confidence. But that's an optional thing. So if a prison -- if I go to California and they tell me this site is accredited by ACA or NCCHC, so I will start with, "Okay. It's not a bad site. It passed all those regulative standards."

Q. Okay.

A. Unlike in healthcare where a clinic or a hospital has to have license by the department of health to bill Medicaid. If that's the line you're thinking, that you've got to have a license, you've got to have accreditation, like hospitals have to be accredited by JCAHO, all

on the plan.

There will be follow-up meetings. Then there will be a mock audit, an internal mock audit, to make sure that we are ready, we are meeting the standards. All the narcotics are logged; there's a log. All the safe keys are logged; there's a log. Things like that. Then there will be a real audit by ACA. That's the process.

Q. I see. That makes a lot of sense because I've heard about that training from the ACA, and now I understand why the training was happening. I didn't understand that before, but now I do. Thank you for that.

And so when the -- when the training started happening by the ACA, it's my understanding that Mr. Gibson came in kind of on the tail end of that training. Does that -- does that comport with what your memory is?

A. Yes. I think -- yeah, that's about right. I think -- so as I described, it's a few months or many months along the process. Mr. Gibson, I requested him to come and help towards the tail end of our preparation for getting ready for the final ACA audit.

Q. Okay. And we heard some testimony that Mr. Gibson was working with a -- with a very small team, if a team at all. Do you remember if he had a team that was working with him on getting that ACA accreditation when he came to CMCF?

A. So yes and no. So since this audit is about every aspect of healthcare, each department -- let's say for sake of intake, we have mental health, pharmacy, human resources, infection control. That's a big deal with ACA. They have to have their own reports. So one person cannot create all that data for the ACA audit. The job of the coordinator or this team is to make sure those departments understand what's required by ACA, answer the questions, help them to finish this audit, and put all this in one place.

Q. And you said something earlier that I meant to follow up on too. You mentioned a contract with MDOC and them wanting each of these prisons to be ACA-accredited. Was that a requirement of VitalCore's contract with MDOC that they receive ACA accreditation?

A. I do not think so.

Q. Okay. You just think it was part of the negotiations at the time the contract was made that that was, I guess, communicated by MDOC, but it wasn't necessarily a requirement of the contract?

A. It's neither, actually. So when you sit down with your client, let's say your client says I want to do this thing and -- let me take a step back.

To pass, successfully pass, an ACA audit, we just cannot do things just before the audit. You have to practice those standards every day. Only then you have to create -- you create a document trail to pass the audit kind of thing. So no institution has a dedicated team for ACA audit. It's like each department should be aware of what's expected. ACA, these are just the good, expected practices, best practices that, when you are seeing an inmate, you are documenting in an approved format. There's a policy to address how you will do the intake, what happens if your intake is set. And what they look for is compliance with those expected practices on an everyday basis. So there is never a team. Just before the audit,

we assemble teams to help to make sure documents are there and the unit is ready because of turnovers. So today's HSA may not be there by the time the audit time comes in 2026. So the experts go there and help the team to make sure the documents are there and that we are prepared.

Q. Okay. And do you remember when the audit -- I don't know if it would have been during the actual ACA audit, or it sounded more like the preparation for the ACA audit. Do you remember Mr. Gibson raising any concerns about files being missing?

A. Yes.

Q. What do you recall about what files were missing and what concerns that he raised?

A. I can't recall the details, but it's a very normal finding. That's not only at CMCF. Because the previous vendor had an electronic health record, Centra City. Many of this data, they come from Centra City. It was not a robust electronic health record, so almost every site, including Mr. Gibson's own site at East, they used to keep paper records. Mr. Gibson used to keep so many files on his own laptop. So once

you start looking for those files, it's very -- it happens every time that those files are missing over the course of two years.

THE WITNESS: Can I ask a question to Ms. Allen?

MR. FALKNER: Sure.

(OFF-THE-RECORD DISCUSSION)

BY MR. FALKNER:

Q. And so did you ever ask Mr. Gibson to create any documents to fill those gaps in the files that were required for the ACA accreditation?

A. So many documents were created because CMCF was doing this audit for the first time. But if your question is intending to say creating false documentation, the backup documentation, then the answer is no. So just to clarify my answer: The example I gave, if CMCF did 100 intakes in, let's say, March of 2024, ACA requires us to show how many of them were tested for TB. And that's the hard core, like what we call the "raw data." It's an electronic health record. No one is allowed, no one is asked to create any false raw data. However, at the end of the month, there has to

be a report based on the raw data. So if that report is missing -- let's say we are sitting in 2026 and now this date from 2024 is missing, then what we need to do is to go in the electronic health record, our reporting system, and pull that report from January 2024 to show what were the facts in January 2024. So to answer your question, many reports were created using the raw data, which was untouched, unaltered for that time frame.

Q. So you were asking -- I just want to make sure I'm understanding your testimony. You were asking him to take the raw data and create reports based off of that raw data?

A. For any of the reports ACA is asking, if we don't have the report right there, then you have to go and find the report, like duplicate copy.

Q. Does ACA require that those be kept in real time, or can you just create them at the time of the audit?

A. What ACA requires is compliance with their practices in the real time. They don't require you to keep the report in real time. You know, it's not a legal document that, once

you create a report in March of 2024, it should stay there, no. What they require, the data should be there.

Q. And so when it comes to the ACA audit, do you know what a chronic care log is?

A. Yes, I do.

Q. Can you explain that to me.

A. Chronic care log -- let's see. ACA has a standard which mandates the patients diagnosed with certain chronic conditions -- for example, hypertension, diabetes, and they have a list -- should be enrolled in chronic care clinics to ensure that appropriate care is provided to them based on the prevailing medical standards. For example, diabetics need a blood test every three months or every six months. They need an eye examination once a year. They need a foot examination once a year. So what these logs do, once I've seen a patient, if either he's a newly diabetic or this is new intake with an old diabetes coming to the system, when his name gets added to this chronic care log, then the healthcare staff will make sure that this patient is being seen either every three months or six months, blood work is being done in a

timely manner. If somehow he gets moved, that we have to notify the next unit. So the intent of chronic care log is to make sure that no chronic care patient is falling through the cracks.

Q. Okay. And so -- and so do you recall any chronic care logs being missing from CMCF when Mr. Gibson was preparing those files?

A. I don't specifically recall any chronic care log missing, but I wouldn't be surprised because paper things always miss, but we always have backup copies on computer.

Q. Okay. If those -- if those files were missing and there were no backup copies, is that a concern that Mr. Gibson would have brought to you?

A. Not a serious concern because, as I said, it's a very easy fix to this. Like I said, you go back in your electronic health record, you clarify it with the date. So the paper records, for sake of clarity, and the raw data in the electronic system, we still have access to the records from 2021. You can go -- any diabetic must have a ICD code, you know, being diagnosed as a diabetic, in the electronic

health record system.  So you can always pull the data from that month using electronic health record.

These paper records are merely, for lack of a better word, a table of summary information from that electronic system.

Q.    Do you recall Mr. Gibson telling -- telling you that CMCF might not pass the audit on this go-around?

A.    I don't recall, but I have heard that many times.  It was the first audit, and the first audit is always the heaviest lift because it's a culture change.  But we try to meet the standards, which we know the standards, but this was the first time, and CMCF had never known those expected practices.

Q.    Um-hum.  (Affirmative)

A.    So this was shared by many people. It's always a possibility; it's always an exam. No matter how ready you are on that day, you know, you don't meet the mandatory standard.

Q.    Did you put any pressure on Mr. Gibson to try to pass that audit the first time?

A.    Absolutely not because it's not in my hand; it's not in Mr. Gibson's hand to pass.

That's up to the auditors, and it's up to the object of the standards.

So let me clarify my question [sic] before you start to speak.  The reports you are asking about, they are the mere representation and a summary of the actual work done in the time frame, that data which no one can touch, no one can alter that way.  So ACA auditors are not only looking for the report and satisfied with the report.  That I can create a report in thin air and I can give to the auditor and it looks really great and he's going to sign off, no. They are trying to go and look for the backup evidence, a random sampling.  So if I'm going to say that I did hemoglobin A1C blood tests on 95 percent of my diabetics, they will go and pull, they will ask me to show the electronic health record where the blood work has been done.

Q.    Okay.

A.    If it helps you.

Q.    Sure.  And you said that was random sampling?

A.    They are trained -- auditors are trained how to go and find the backup data to

support the reports.

Q.    And so the purpose of the -- what would -- there's the raw data.  What would you call the other reports?  Do you have a specific name for those or just "reports"?

A.    Many kinds of reports are required, but, you know, let's say, for sake of this, ACA reports.

Q.    Okay.  So the purpose of the ACA reports is to summarize the raw data, and the ACA auditors will then use that to go back and check the raw data to see if it lines up with the reports?

A.    Yeah.

Q.    Okay.

A.    And then if the report meets their expected practices.

Q.    Okay.  Does the raw data have any bearing on whether or not the standard practices are met, or is it just how it's reported?

A.    Please clarify your question.

Q.    Sure.  I'm just trying to figure out the purpose of the summary reports if the auditors are going to go back and check the raw data anyways.  I'm trying to figure out what the

purpose of the summary reports is, you know, if that has any bearing on whether the standard practices have been met or if that just represents the raw data and the standard practices.  You'll have to forgive me.  You know, I'm not a healthcare -- I'm not a healthcare worker, and so I'm just trying to figure out the purpose of those summary -- those ACA reports.  Can you explain that to me just a little bit.

A.    Yes, I'll try my best.  And I think that's a good question.  You're not a healthcare worker, but you're asking a smart question.

Q.    Thanks.

A.    The reports represent the entire healthcare system.  Let's say CMCF has 3,000 inmates.  So many things are being done for them every day.  So no one can audit every bit piece of raw data for six months for 2,000 inmates.

Q.    Right.

A.    Make sense?

So what they do possibly, they will take the samples to make sure these reports are accurate based on the random sampling.  And they will pick the random data.  So I just gave you

one example of that. Let's take another example, the HIV patients, how many of them were tested. If I'm showing my percentage is 97 percent, I give them 100 names. They will go and look for the five names in the raw data, was this guy really tested for HIV.

Q. And so what's the ACA requirement for staff meetings?

A. I'm going to tell you based on my recollection. So for sake of clarity, ACA, the standards are out there. Almost every department of correction has written policies based on those standards. Every health -- correctional healthcare company has their own policies based on those standards. So even though you'll say ACA standard, once you pull MDOC policy on intake, the language is going to be 95 percent same. You will pull VitalCore's policy on intake, you will see the same language. Because all good organizations want to be accredited. They want to be. These are the reflection of good healthcare practices.

Q. And so would the staff meetings be something that you would report to the ACA in those summary reports?

A. So ACA recommends that once a month you have a meeting with the security. VitalCore has a policy, what we call a MAC meeting, some administrative meeting where we require the HSA to sit down with the security and with medical people, nursing people. So VitalCore has our own data reporting system that they have to turn in at the end of the month -- the MAC meeting happened on this day, who attended the MAC meeting -- and then the meeting minutes are kept at the site. So let's say we did this meeting every month. Two years down the road, ACA is coming. VitalCore wants to produce our report. We have the dates in January, February, March, April. If it didn't happen, it didn't happen. Then there are the backup raw data. If the ACA auditor says, "Okay. Show me the report meeting minutes from February," then we will pull the raw data with the signature, all the attendees have signed. This is the report.

Q. And so those are -- so the raw data for those reports would be in the meeting minutes that are kept on-site?

A. And attendance log.

Q. And attendance --

A. So to answer your earlier question, if in 2024 somehow an ACA file is missing that meeting minute, then we can always go back and look in my e-mail where someone has e-mailed me the raw data meeting minutes. I will -- in this case, I'll say, "Mr. Gibson, just print this out and put it in the file," because you always have duplicate copies of the raw data.

Q. So do you -- do you remember specifically what files Mr. Gibson was complaining of being missing from some of those -- or what reports were missing from some of those files during that audit?

A. Not really, but there were many reports missing. Once you start to build your file for the first-time audit, it's a lot of work to pull all this data. It's a very extensive process, ACA audit.

Q. And to your understanding, did -- I think you mentioned this, but Mr. Gibson had already done an ACA audit at the EMCF facility. Correct?

A. Yeah. And that's why I wanted him to help at CMCF. He had the experience.

Q. Okay. Did the EMCF audit -- did they

pass?

A. With flying colors.

Q. Okay. And that was -- did Mr. Gibson have any help, or was he the primary source for passing that audit, or what was your understanding of his involvement?

A. So my understanding is that audit is always a team work. It's so much work, one person cannot do it. So Mr. Gibson has this entire team at his disposal. And I don't know the details, but, as the site leader, he had the authority to repurpose someone to help with the task he would have felt important, and eventually all the files were in good condition. All the raw data was looking good to ACA, so they passed East.

Q. Okay. Did he finish the audit process at CMCF?

A. As I recall -- so this getting ready for the audit goes on for months, and the last few weeks are the most intense because I hate to say that, no matter how hard we work, how prepared we are, in the end we always find, "Oh, we dropped something. We forgot something." Seriously it's amazing that you do so many mock

37

audits, so many mock audits, and still you can find something missing. So I think not all the way till the end before the audit.

Q. Do you know why?

A. Yes, I do.

Q. Why is that?

A. He had a very busy full-time job at -- being the health site administrator of East is like more than a full-time job. So I was so thankful when he was willing to help. And I did ask him -- before even I asked the first question, I asked, "We need to make sure that we do not destabilize East. I know you're willing to help, you live close by, but your primary job is to manage East well." And he assured me that East was running well and it would not compromise East's functioning if he spent -- I think two days or three days a week, something like this -- at Central -- at CMCF. We always rob Peter to pay Paul -- rob Paul -- whatever the saying is, reassign people. But at the same time, it's not our intent to destabilize another institution. You only pull people out when they assure, you know, it's safe, it's not going to destabilize.

38

Q. So did he request to go back to EMCF full-time, or was there another reason that he stopped helping with the audit?

A. So this was a temporary assignment to get the CMCF team over the hump. And after a point, I became very confident it looked like things were done, so the audit had to be handled by the CMCF team. And even though -- the way it works, if you ask someone to help in Mississippi, no one says no. You know, they're good people. They want to help. But as the leader, you also want to make sure to not abuse someone's nicety. So when -- at one point my leadership team, we all felt that, okay, CMCF looks like it's as good as it can be. And I'm sure with him being absent from East, that created so much backlog and work because the HSA has to do a lot of things to keep the place running. I think -- I think we gave him some money to show our appreciation, too, for his help, even though it wasn't like, you know, not extra work. Rather than going to East, he was helping there. I was very thankful for his help, and I think I did recommend to CEO to give him some money, and I'm pretty sure he got some

39

money. I think 5,000, $10,000 extra money.

Q. Right. I think we heard it was $10,000.

A. Yeah.

MR. FALKNER: Is that what you remember?

MR. NORTHINGTON: Yeah, I think so.

THE WITNESS: So my memory is not bad.

BY MR. FALKNER:

Q. Nobody complains about extra money. Right?

A. And he deserved it.

Q. And so after that, he went back to his position at EMCF. And you mentioned that you wanted to make sure that EMCF didn't fall apart while he was helping out with the CMCF audit. Were you aware of anything going wrong at EMCF or any problems while he was helping out with that audit at CMCF?

A. East Mississippi is our highest level of mental healthcare facility. We have more than -- I will say 150 inmates who have serious and persistent mental illness. That's why that -- that facility is always in turmoil.

40

Always in turmoil. It's like a war zone. So to say that if something goes wrong with East at that time or today, I can tell you yes.

Q. Was there anything out of the ordinary while Mr. Gibson was helping at CMCF?

A. No, not out of ordinary, but, you know, still you know that the HSA has to do the payroll, HSA has to do all of his reports. The HSA's job is a very important job. It's a very demanding job. So it's just impractical for me to think that I can pull a HSA for too long a time and not appoint another HSA in his place because that would be unfair to him. He's trying to help, and the facility will be all right.

Q. During that time or any other time, did you have any worry about Mr. Gibson's ability to perform the job of HSA?

A. Is your question about my opinion about his job performance?

Q. Yes.

A. Yes and no. I can give you the summary answer. He was not a bad HSA. And I'm just going to give you the big picture in all fairness to him. A lot of people I work with in

leadership positions, they have their own strengths and their own challenges. I have never found someone who is perfect. So Mr. Gibson was no different.

Q. No particulars that you questioned about his job performance or worried about his ability to do his job?

A. I was never worried about his ability to do his job, but there were concerns about employee morale. That's more like -- so the HSAs report to the operations, my direct, but it's a team work. I'm the chief medical officer. My job is to make sure clinical care is being done, we are meeting the clinical practices. That's all handled by operations, but operations and I work together. Someone from operations or someone from human resources would be better suited to answer these questions. Mr. Gibson was really good, like I have said this before, with computers and data. Data collection reporting, to me, is a very important thing. That's how you're really going to assist them.

Q. Is that one of the primary responsibilities of the HSA, to report and

collect that data?

A. So HSA should have a team to collect the data, but the HSA is responsible to make sure that reports are done and reports are accurate and reports are not fabricated, these are the real reports. Because no one has time to go and do the individual 17,000 records to make sure the numbers the site is sending to me is -- you know, it's accurate, it's dependable. So that's what the HSA's job is, one of the primary jobs, to make sure that reports are done and reports are right. And he was really good in the reporting system.

And there were personality conflicts at East. I'm just pulling from the best of my memory. That he was very intimidating, we were told by mental health staff. I was told that he had his favorites, people who were allowed to take off.

Q. I don't mean to interrupt you, but I do want to ask: Did you say that he was intimidated by mental health staff?

A. No. I was told that he was intimidating. He was blaming certain staff.

Q. So he was intimidating to other staff?

A. Yeah, other staff.

Q. I see. I see.

A. I think there were some therapists. I was told that he plays favorites. Since you asked this question, so I'm just telling you --

Q. Sure.

A. -- the concerns I recall from the time frame.

Q. Sure. And you said something about employee morale. Was that -- I guess I want to frame this question correctly. We're talking about people who work in a prison system. Is employee morale a normal concern, or where it kind of ebbs and flows, good times and bad times, particularly at a place like EMCF where you said there's a lot of mental health concerns?

A. You just answered your own question, ebbs and flows.

Q. Okay.

A. But in a nutshell, if you ask me, I really didn't have any major concern about Mr. Gibson's ability to perform as the HSA. And I want to say one more thing. And I'm not aware of anyone objecting in a big time to his

performance as the HSA.

Q. Okay.

A. Like, I think he was doing an okay job.

Q. And just -- just to be clear, I know we've been talking about this a lot, and I understand it, but I want to make sure the record reflects it. As HSA he didn't report directly to you. Correct?

A. No.

Q. Who did he report to directly?

A. He should have reported to operations, vice president of operations.

Q. Okay. Who would that have been when Mr. Gibson was there?

A. Earlier times, Paul Millette. Then Kathy Hogue. I'm not sure about the date of transition, but it's around the same time, ACA audit, when the Paul Millette and Kathy Hogue switch happened.

Q. Okay.

A. But I'm pretty sure it was Paul in the beginning with Mr. Gibson.

Q. Okay. Is Paul still employed with VitalCore?

A. Yes.

Q.   Is he still in that same role?  It sounds like he changed roles.

A.   His role was changed.

Q.   Okay.  What role is he in now?

A.   I think his title is vice president of operations for jails, southern region.  It may be senior vice president or vice president.  That's where I'm not sure, but it's VP of operations over our southern region contract.  So we have contracts in a few county jails in Mississippi.  He also oversees Galveston, Texas, contract.  We have a contract in Florida.  That's what Paul oversees, all those contracts.

Q.   And is Kathy Hogue still employed with VitalCore?

A.   Yes.

Q.   What's her title now?

A.   Senior vice president of operations for Mississippi contract, Mississippi DOC contract.

MR. FALKNER:  I'm going to swap gears here in just a second.  Do you mind if we take five minutes?

MR. NORTHINGTON:  Yeah.  Sure.

(OFF THE RECORD)

BY MR. FALKNER:

Q.   Dr. Singh, I think when we left off we had just been talking about Paul Millette and Kathy Hogue, and I did want to ask you a little bit about Paul Millette.  Are you aware of the incident where Mr. Gibson claimed that Mr. Millette inappropriately touched him?

A.   I do.

Q.   How did you come to know about that incident?

A.   As I recall, Mr. Gibson contacted me.  That's my best recollection -- I'm pretty sure that Mr. Gibson contacted me.  But I may be wrong about this.  Like so back in time, but I think so, that's how it happened.

Q.   Sure.  You just recall that it was a conversation with Mr. Gibson?

A.   I hate to say that in two years I have aged so much.  I know that I was made aware of the incident, that that had happened.

Q.   Okay.  Did you ever have a meeting with Mr. Gibson and Mr. Millette after that to talk about it?

A.   With both of them in the same room?  I recall a lot of activities related to that

alleged incident, and I know that our CEO, Viola Riggin, was involved.  I recall talking to the sole witness in the room, Ms. Gwendolyn Bush.  And these kinds of allegations and investigations are handled by human resources.  So these are my recollections.  So I am not the person who will -- who would investigate this kind of allegation --

Q.   Sure.

A.   -- or peacemaking, bringing people to the room.  I can tell you this:  That I, as well as the company I work for, we take sexual misconduct, inappropriate touching, sexual harassment behavior very seriously.  I recall a conversation with my CEO, Viola Riggin, that the culture in the workplace should be such that no one should be afraid of making these kind of allegations confidentially, and it is the organization's responsibility to investigate every allegation thoroughly and fairly and take an action.  These are the things I recall.

Q.   Okay.  And I know you said you weren't involved in any of the investigation.  I didn't expect that you would be, but I appreciate you clarifying that.

At the conclusion of any investigation that was done, would that be brought to you, or who would it be brought to for corrective action?

A.   So usually -- and the structure has changed so much.  I'm trying to give you the correct answer from that time frame.  It's handled by the corporate human resources.  And I don't expect to get a formal written summary, but as being a part of the top leadership team, important issues, conclusions are brought to my attention.

Q.   Okay.  Do you recall if there was any corrective action taken in that case?

A.   What I recall is -- because I was also a part of this telephone conversation, along with Ms. Bush and Viola Riggin on the phone, that Ms. Bush described the incident.  Do you mind if I recall and tell you what she told us on the phone?  So that will help you because what she told us --

Q.   Yes, you certainly can.  Thank you.

A.   What I recall her telling, that it was a room in which Mr. Gibson was working on ACA files, kind of standing, and she was sitting on

49

the floor a few feet away from him working on the papers on the floor, like girls do. And Paul Millette walked in. And Mr. Gibson's allegation, if I recall, was that Paul Millette slapped on his buttocks. And that's what I recall the allegation. And Ms. Bush that day told us clearly that she was right there in this room, she was seeing everything, and she was very clear that Paul Millette did not slap Mr. Gibson's buttock. And even if she was there, I asked, "You were not looking?"

"Well, no, sir. I was looking. I was right in the room."

Paul Millette was the vice president. If someone walks into the room, it's natural for you to look. She also stated that, after Paul left the room, Anthony Gibson was talking to her, the normal self without showing any sign of being disturbed or being upset.

That's what I recall from the investigation. And I think that she gave a written statement to VitalCore's human resources department about what she had seen.

Q. Did you believe Ms. Bush?

A. That's not my job, seriously, to,

50

first, investigate, you know, these kinds of allegations, believing. So I have learned in my life to be nonjudgmental and let the investigators do the investigation, let people do their job.

Q. I do just want to ask again because I don't think you quite answered it. Did you believe Ms. Bush's story?

A. I'm taking my time to answer because the reason I just explained to you, that I have learned in my life to be nonjudgmental working in a correctional setting, so that's why. From what I heard on the phone -- and Ms. Bush and I had follow-up conversations on this. She lives in Baton Rouge. She -- the last conversation I had, she had the same story. "Raman, I didn't see it. I was there. I was looking. I didn't -- it didn't happen."

I think someone, either Mr. Gibson or someone tried to contact her, and that's what she told me. So if your question is: Do I believe Paul Millette slapped Mr. Anthony Gibson's butt -- buttocks -- or not, that's what Mr. Gibson is saying and, what I understand, Paul Millette is denying. And the sole witness

51

is saying she didn't see it.

Q. And you said that you had a follow-up conversation with Ms. Bush?

A. Yes. So Ms. Bush doesn't work for VitalCore anymore, two years ago, something like this; and she is from Baton Rouge. I knew Ms. Bush before we both came to Mississippi, so we remain in touch or I talk to her family. We are more like family friends.

Q. And I'm sorry. When you said you had a follow-up conversation, was this back at the time of the incident, or was this recently?

A. Well, the follow-up conversation -- first at the day of the incident because I had the cell phone number of Ms. Bush. I recall Viola calling me and telling me to call Ms. Bush because she didn't have Ms. Bush's phone number. She wanted to hear from the sole witness as described by Mr. Gibson ASAP. That's how I was a part of this conversation.

Then, once again -- I'm not -- a few months ago or possibly one year ago or possibly a few months ago, she called me that an attorney was calling her to talk about the incident. And, you know, I was recalling that she

52

described all this incident. She contacted me again a few days ago, a few months ago, and I'm not sure how much can I disclose about her mental health condition, but she's had real challenges lately, and her texts are telling me that she is very unstable why these people are calling her. She didn't see anything, and "I don't want to go back to the psychiatrist," things like this, "but I didn't see anything." She told me that, "Raman, I told the truth what I saw."

So I'm not pushing. This is a very, you know, delicate situation. I'm not the human resources; I'm in the middle of it. She is very upset. What she told me that she believed -- she told what she believed that she saw, and she was very confident as of only a few weeks ago.

Q. And you said that was a few weeks ago?

A. I may have a text from her. Yeah, like, you know. And she was telling me; and on my end, I said, like, "Do what you decide to do. Listen, this is a lawsuit. VitalCore is a party. I work for VitalCore. So you do what you think is best for you."

Q. Did you ever talk to Mr. Millette about

53

it?

A. Specifically about the incident?

Q. Yes.

A. Not just him and me, because I don't think that was my place. Neither I'm his supervisor nor I'm human resources about this. But it may have happened in a room that everyone is sitting. Okay, we did this, you know. And that's why I was hesitant to answer a question did I ever talk to Paul Millette and Anthony Gibson. No, but there is a possibility that there had been a meeting with others and me just being present in the room as the chief medical officer in Mississippi because I was working with both of them.

Q. Okay. And I guess -- I guess I should have asked this: Was Paul Millette a direct report to you, or how did the -- what was your and Millette's kind of hierarchal relationship?

A. I was resisting my temptation to answer before you finished your question. So --

Q. I appreciate that.

A. -- I'm proud of myself.

No. Paul Millette, they belong to what we call the operation side. So Paul Millette

54

should have been reporting to someone in operations, and, you know, those people's titles have changed. Paul Millette was never a direct report to me, but you work as a team. Like, you know, you have the CEO, you have a CFO, but they all work together. Operations and the clinical side have to work closely together to have good patient care.

Q. Okay. And I guess -- I guess I should ask this: Ms. Bush said that the incident didn't happen to the best of her knowledge, and you said y'all were -- y'all had known each other from previous jobs?

A. Yes.

Q. And I think you called her a family friend?

A. I was.

Q. Okay.

A. What --

Q. Sorry. Go ahead if you want.

A. What she told me -- I'm not sure what you mean when you say "incident didn't happen." They were in the room. Paul Millette did come in. Paul Millette did talk. What she was saying -- and she was looking -- she did not see

55

Paul Millette slapping Anthony Gibson's butt, and that Paul Millette left the room. That's what she said.

Q. I understand.

A. And Anthony was -- and Mr. Gibson was very normal, not distressed, nothing, because they both stayed together for some time. If I recall -- and I may be wrong here -- that she said he walked her out when she was done with the work, things like this. But it's going to be in her written report for human resources.

Q. Okay. I appreciate you clarifying that. I didn't want to misstate what you said. Did her recollection of the event change your view of Mr. Gibson at all?

A. I never asked that question.

Q. Did you feel any differently about Mr. Gibson after he reported that?

A. Oh, not at all. In fact -- and I'm digressing a little bit. I'm at the stage in my life that I truly believe the light is created in my own mind. If I perceive something, I perceive something, seriously, and it's equally important. Just like I tell my kids the same, beauty lies in the eyes of the beholder. I'm

56

treating you respectfully, but if you feel I'm intimidating you, then your word is the truth. In your mind I'm intimidating. And I, as a leader, have made efforts to be very sensitive. And I told you in an answer to an unrelated question I practice to be nonjudgmental. Seriously. So -- because you have to work with people, and you have to respect people you work with. So to that incident, not at all. Like, him complaining about that, I just felt for him. If he felt it, I'm sure he was distressed what he had to go through.

Q. And so the last little bit I want to get to: I assume that you're aware that Mr. Gibson was eventually terminated from VitalCore?

A. What I'm aware is that VitalCore and Mr. Gibson parted ways due to a major policy decision, and he was given a really good severance, because I did tell my corporate that we had to treat them right; it has to be respectful. There was no bad blood. There was no animosity. There was no performance issue based on which, you know, we parted our ways.

Q. And I'd asked you earlier. I didn't

think that there was any performance issue necessarily. In your words, what was -- what was the reason that Mr. Gibson and VitalCore parted ways?

A. So VitalCore prides that we truly care about our patients, and we work hard. And one of the reasons Mississippi DOC had given this emergency contract to VitalCore was because of our reputation and the track record to making positive changes. And Mississippi DOC was being investigated by Department of Justice for a few years before we came in. So I'm not sure. Maybe 2015, 2016. And Department of Justice was seriously concerned about major deficiencies in the healthcare as well as security side inside Mississippi DOC. And that's -- that's something really bad, like, you know, if DOJ has to deal with all the problems. But there were so many resources that needed teams. If DOJ files a lawsuit, it means they have agreed and this is a commitment on behalf of DOJ to pursue and spend a lot of resources. And that's one of the reasons Mississippi DOC had told VitalCore to come and fix.

And at the same time, DOJ had released the first report about Parchman, Mississippi State Penitentiary -- I may be wrong -- April '21 or something. But we had been meeting with DOJ. I was being deposed by DOJ, and we knew what they were pointing to. And one of the issues they had -- they were pointing to, so they started from Mississippi State Penitentiary, then they were going to CMCF, Southern Mississippi, other facilities. So they would be auditing all, investigating all these facilities. The medical leadership and the staffing was really in a terrible situation when VitalCore took over this contract. With previous vendor, I think staffing was at 45 percent. On Thanksgiving 2020, I was giving insulin to the patients in CMCF because we didn't have enough staff to cover the shift.

Long story short, it was a very -- I'll say heavy, heavy lift. And ACA accreditation was a part of this too. You do such a good job, you turn things around that even ACA is coming, and you hope that they will -- you know, they will give you the accreditation. This will show to DOJ that the new administration and the healthcare vendor, they really want to improve

things.

So one of the core findings -- I had this conversation with Commissioner -- was the medical leadership. And VitalCore as a company felt like this is a healthcare business, and it will be beneficial to patient care if we have nurses as the HSAs, and due to several reasons. If you have a nursing staffing shortage, a nurse as the HSA can step in and fill -- you know, do the night shift like almost every HSA right now is doing when they are real short.

That was also COVID time, and it was so hard to recruit healthcare staff in Mississippi. It's never easy, but that time was the hardest. Millions and millions of federal dollars were flowing to these COVID hospitals. A registered nurse makes 35 to $45 an hour. During that time, the same registered nurse could find a job in California for $150 an hour with a first class ticket. It was impossible to find nurses to pull a shift. So due to all these reasons, a decision was made to have the nurses as the health services administrator. And it was not only East; it was East as well as Parchman.

So we sat down with both HSAs, and we explained the reason, and Mr. Gibson as well as Ms. Willie Knighten. I'm going to say there was no major concern about their performances; they were doing just fine. There are challenges, everyday challenges, here and there. And we had this conversation with VitalCore, based on the recommendation from MDOC and the nursing. And that's why I don't call it "termination." To me I call "termination" when someone does something wrong and you are terminated. This is a different direction. And I think they were -- both of them were given really good severance packages for this reason. And since that day, if anyone thinks that this was done to get rid of somebody, we still -- we had so much turnover on the HSAs. You know, people come and leave. Every HSA is still a RN, including --

Q. So you say you've had a lot of turnover?

A. Turnovers, yes. The HSAs come and go. So after Willie Knighten -- at Parchman we had some that wanted to stay. Then we have next HSA. He left. So I'm saying we're sticking to the policy decision made in the time. We are still sticking to it because I think that was

the right thing to do.

Q.   I don't necessarily mean to question your judgment; I just want to ask:  If you have a nursing staffing shortage --

A.   Um-hum.  (Affirmative)

Q.   -- how does it benefit VitalCore to have nurses in administrative roles?

A.   So the shortage is always there.  The first thing, nurses in administration role is not they only do administration.  They always step in and do the real nursing work because it's team work, and it's a good team building.  If you are the lowest guy on the totem pole and you are seeing the big boss sitting in his or her office and now you have to cover for three of the nurses, if this big boss can also step in and be by your side helping you with your work, that's a really -- that really affects morale.  Then they understand, even though it's a shortage, everyone is rolling their sleeves up.

With Mr. Gibson and Ms. Knighten, legally -- they wanted to do it.  They are good people.  But legally, because they don't have a license -- they didn't have a license, they just don't do all these things.  I think he had a

degree in hospital administration or something.

Q.   That sounds right.  I can't remember the exact name of it, but that sounds right.

A.   And he had just finished graduating in something fantastic, and actually I commended him for that.  So that's the reason.  So the nursing administration -- no one here is immune from Mr. Singh down to do the clinical work because we are a healthcare company.

Q.   And you mentioned that -- you mentioned the DOC.  Did the DOC recommend this change to require the HSAs to be nurses?

A.   So this was a conversation between Commissioner and me.  And after DOJ -- the commissioner is very concerned, has been very concerned.  The governor has been very concerned about DOJ's report.  And the last DOJ report gives us a very good, clean ship.  Now DOJ is very happy, and I recall this conversation.  Commissioner said it was better for nurses to be the HSAs.

Q.   And that would have been -- that would have been Commissioner Burl Cain --

A.   Yeah.

Q.   -- at that time?

A.   But these things are not mandatory.  You know, they can make suggestions.  Eventually it's my company, our company, like we hire and we decide based on these things, but we factor in all these issues.

So, to me also, it made sense.  And, you know, I took this up the chain of command, and we all sat down and discussed it, pros and cons.  Because it's -- it's never an easy thing to do, to go and sit down with an employee who has worked hard, has helped you coming into CMCF, and you tell him that, due to your policy issue or rethink, you know, we've got to part ways.  It's never an easy thing.  If I'm that employee, the only question I'm going to ask, "why?  Why?  You know, I'm doing a good job in my eyes."  So it wasn't an easy call.

Q.   And I was going to ask -- you touched on it, but I was going to ask whose decision within Vital -- like, who made the final decision within VitalCore to have that requirement?

A.   So these are unofficial requirements.  It's not like it's not a law kind of thing, you know.

Q.   Is it an internal policy?

A.   I don't think so.  It's a written policy.

Q.   So it's not required for the HSAs to have a nursing degree?

A.   Now it is.

Q.   Now it is?  So whose decision was it to add that requirement?

A.   Eventually it's the CEO.  And I think CEO and I sat down, and we talked about pros and cons and all these issues.  We painted the big picture.  And the challenge was how are we going to find the experienced RN?  You know, it's wishful thinking that you want this thing, but how are you going to find it.  So we debated about this for a few weeks, I think.

Q.   So it was between you and the CEO, and I hate to pin it on you.  But would you say that was -- that was your decision?

A.   I'll say I played a major role, but, you know, it's a collective leadership.  So I'll say I played a major role in promoting for it based on DOJ's report, my conversation with MDOC leadership, and what I saw in the field and getting the feedback.

Q.   Are there any roles left within VitalCore that don't require some sort of medical training, whether it be a nurse or a doctor or something of the like?  Are there any roles left that don't require medical training?

A.   Yes.

Q.   What types of roles are those?

A.   Administrative assistant, answering the phone calls.

Q.   When you say "administrative assistant," would that be the administrative assistant to the HSA?

A.   Yeah.  To me or to anybody.  So you were asking in VitalCore.  We've got clinical positions.  They would be like at the bottom of the ladder.  I think we pay more than the minimum wage, but still I think some would be $20-an-hour job.  And jobs in the finance department, I'll say.  They will require a finance degree.  If someone has -- you know, we have IT department, an IT department.

Q.   Within the prison themselves, are there any -- and you mentioned administrative assistants.  Are there any other roles that don't require a medical degree?

A.   A medical records clerk.  So let me answer this way:  I'm not trying to second guess your question, so I apologize if that's how it sounds like.  If in a prison like East, there's another equivalent job with the salary which does not require an affiliated healthcare degree, the answer would be probably no.  So like we have behavioral health side.  Outside of the physicians and the nurse practitioners, the HSA has the highest salary.  So then you have behavioral health track.  So they've got to have bachelor's degree in psychology or master's degree in psychology.  Then you've got the inside nursing track.  Then you've got the support staff.

Q.   Prior to VitalCore taking the Mississippi contract, that requirement that they be nurses -- that the HSAs be nurses didn't exist at other facilities.  Am I right on that?

A.   You may want to ask the vendor before VitalCore.

Q.   Sorry.  I meant in VitalCore's other facilities where VitalCore had other contracts, was that a requirement in those places before the Mississippi contract was taken?

A.   So I would be guessing to answer the question because I -- but I'm going to give you the answer.  Most of the HSAs I know today, as the top clinical officer, in VitalCore are HSAs [sic].  It will be like I'll be surprised if I find the HSA to be a nonnurse, but now we have like almost 110 contracts, so I cannot tell you with certainty.  But, believe me, I will be surprised.  And I'm not talking about Mississippi; I'm talking about our entire national contracts -- Delaware, Michigan.  But sometimes what happens, when we pick up the contracts, it's a lot about the client.  Your client's wishes, they prevail.

So let's say you pick up a county contract, and the sheriff likes this person who has been running his healthcare for so long.  We pick up the contracts from other vendors.  And the sheriff would say, "VitalCore, this person has done a great job.  I'd like to keep that person."  So unless we see a major red flag, we'll talk about it.  Then what we do, we will put a nurse right under that person.

But that -- I would be surprised, to answer your question.

Q.   And I did just want to ask a little bit -- there was this -- I don't want to say "incident" necessarily -- but maybe it is an incident where an inmate committed suicide.  And I'll represent to you that it was in December 2021.  And you didn't get notified, and you talked to Mr. Gibson about it that night.  Do you recall the incident that I'm talking about?

A.   Not really, but that's a possibility.

Q.   Okay.  Did you ever have any incidents where you didn't get notified about a suicide and you were upset about that?

A.   If your question is:  Was there ever an incident where I didn't get notified about the suicide and I got upset?  Most likely, yes, because that was the culture in Mississippi at that time.  And I had this talk with almost every HSA.  So we do a monthly meeting.  If we pull the meeting minutes, first two years in this state, every month.  I don't know how previous vendor worked.  So we inherited staff.  So if there was a serious incident like someone was found dead in a cell -- now, suicide, I don't know, but if someone is found dead, suicide or what, medical staff won't be even

telling the HSA. They just didn't have the structure in the place. They would tell the security. Superintendent would call the commissioner, and the commissioner would call me. And I used to feel bad that I should be knowing about it, the HSA should be knowing about it. Oh, we had to do so many trainings, so many trainings, about this. I just believe -- people would say that "You were busy. It's midnight." No. What's important is to -- I never leave this phone. I want to know. So if I was upset, not really upset, but, you know, you want to change the system. Now I can say that 99 percent of the times -- I really want this to be 100 percent -- if there is a death, every nurse from every prison site call me, let me know.

I believe the leaders, including the site medical director, site HSA, should know what's going on at his site. Otherwise, if Commissioner calls you -- let's say the warden calls the HSA, and the HSA has no idea. You know what impression it gives to the warden? The HSA doesn't know what's happening. And we are not that kind of people. We know. We work

hard.

Q. I understand.

A. So did I have this issue with East? Most likely, yes. Did I have this issue with Parchman? Yes. Did I have this issue with CMCF? Of course.

Q. I think you said -- I'm kind of circling back just a little bit to the change in the HSA's qualifications and responsibilities. You said earlier that the HSA's primary job was about data collection. Is that still the case for HSAs today?

A. So I will clarify my answer.

Q. Okay.

A. In fact, we did a big meeting about this. We have so many new HSAs, and they get bombarded with all kinds of primary responsibilities. So operations and I felt like that we needed to give them some clear guidance. They feel like they are running like a chicken with their head cut off. It's one of the primary responsibilities.

Q. Okay.

A. So we have actually the entire HSA responsibility page checkbox of what you're

supposed to do; and then we have prioritized it. If you can't do it all, make sure you do this definitely. And it's not they have to do it. We have done HSA training, but it's your team. You have to build your team because there's no way the HSA can do it all. The HSA is the leader. Let's think about the HSA as the governor, and you've got cabinet members. They will bring stuff to the HSA. So it's one of the responsibilities.

Q. Okay. What would be the other primary responsibilities?

A. Okay. Now you're testing me. I have done this -- I'm kidding -- 44 years. Recruitment is a big deal. If we don't have enough people to work, all this talk about changing the culture and improving culture is all talk. That's a very big deal, recruitment. Then training. You know, all these fantastic policies which we have, best practices which we have.

Q. What kind of training?

A. Oh, we've got the new hire training. We've got the annual training. We've got suicide prevention training. We've got sexual

harassment. Training is a big deal in VitalCore because, otherwise, these policies are totally useless. The trick is how you change the muscle memory pattern. If a staff at East had never called the HSA for a suicide for 25 years and now you want him to call when the suicide happens, guess what he's going to do? He's not going to call. So that's where the training -- good policy and training and repeat training comes in.

So let's start with training. Then comes the clinical care, making sure the staff morale is there. The reports -- reports are done every time. Then we have continuous quality improvement, making sure quality is done. HSAs are also responsible for purchases, all the human resources issues. Oh, it's a long list.

Q. Okay. I'm struggling to hear in any of that, though, where -- where a nursing degree is required, because it sounds like, you know, all that can be done by someone, say, with a master's in health administration -- and why a nurse would be required to do any of those roles.

A.   Well, that's the policy decision. Because a nurse can always just step back in. And a person with a master's in health administration had done it.  But a person with master in health administration cannot go and take care of a patient.  He's not -- he or she is not allowed to do it.

Q.   But is a HSA, is that a full-time job?

A.   Yes.

Q.   So if the HSA steps out and goes to do clinical care, who's doing the HSA's job?

A.   The same person who did Mr. Gibson's job when Mr. Gibson was helping at the audit at CMCF.

Q.   Who was that?

A.   I don't know who.  Maybe Mr. Gibson can answer the question.  So we all are like cross-training and multi-purpose training.  So the HSA's job, the last thing in the job description is "and anything else," something like this "which is assigned to you."  So it's a very demanding job, the HSA job.  My job is not -- this was not a part of my job description to come here and spend two hours on this deposition.  So who is doing my job?  Well, this

is my job.  Is that right?  That's what got me here.

Q.   I'm just -- I'm just curious.  You know, if you expect -- if you want a nurse in that position because they're going to be expected to do clinical care, and that's why you changed it to a nursing requirement, is the HSA not a full-time job anymore?

A.   I think we are going in circles.

Q.   Okay.

A.   So HSA is a full-time job.  And to VitalCore, a nurse is appropriately trained and licensed to be the leader of a healthcare organization in a prison.  If your question is: Can people with other qualifications do it? Possibly, yeah.  You know, seriously.  So if your question is:  Can they do it?  Yeah. Mr. Gibson had done it, and he didn't do a bad job.  But it's more like a policy decision to me.

Q.   And I'm just trying to understand the rationale behind the policy decision.  If you didn't have any -- if you didn't have any qualms with Mr. Gibson's performance of the job or Ms. Knighten, for that matter, because I think

those are the two that weren't nurses -- if you didn't have any qualms with their performance of the job and that was not -- that was not an issue, why was it so imperative that you terminate their employment to get someone into that job that is a nurse?  So that's the question I'm kind of getting at and why that was -- why it was so imperative to terminate their employment and get a nurse into that position.

A.   So the question is, that if VitalCore didn't have any qualm about Mr. Gibson, why policy was changed to have only nurses as the HSAs and Mr. Gibson's job was terminated?  And here is my answer:  This policy decision was made not about Mr. Gibson.  This was not a retaliation, that we are changing a policy to get rid of somebody.  As a healthcare administrator with experience of 24 years, Viola Riggin has done this for 50 years, with looking at DOJ's report, looking at our client's recommendations.  In this policy decision, Mr. Gibson was never played any role or Ms. Knighten.  We talked about this when I said this, we took our time, because we were thinking

about the impact on our employees.  That's the way he was thought about.  And he was not terminated.  We had this conversation with Mr. Gibson about the policy.  So Mr. Gibson's role as the HSA was not a factor in the policymaking.  It was a factor into when we discussed the implications on the human life.

Q.   And so I'm trying to figure out how he wasn't a factor in the decision-making when that's -- when he and Ms. Knighten were the only persons that would be affected by the policy decision.

A.   So there were -- we considered implications, but if I'm thinking that a nurse tomorrow, if something else comes up, and we say, "Okay.  We're not going to have associate nurses as HSAs," it's a very senior responsibility now.  You know, the complexity of medical care has grown up, inmates are sicker. It will be helpful if bachelor's or master's in nurses should be the HSA in a senior responsibility role.  So that will be a discussion based on the facts and based on market trends and based on the experts' recommendations rather than an individual

person.

So another example, no one requires board certification for physicians, but if a physician is certified by the board, just like ACA accredited, that's a seal of his standard. He's a quality physician. VitalCore prefers board-certified physicians in the role. I had to redo my board before I joined the VitalCore because -- and this is, once again, optics. I'm not even seeing patients, but I still have Mississippi license.

So I'm just giving you different examples in the healthcare industry because you are coming from the angle probably feeling this policy was changed because Mr. Gibson, and I'm saying no. This policy was changed based on the need of healthcare system to improve quality of healthcare infrastructure in Mississippi DOC. That was the only goal. And this is not the only change; we made hundreds of changes into this.

Q. Did you say you've had some turnover in the role since you added that requirement?

A. No. There was always a turnover. It's not that we have a turnover since that

requirement. We always had a turnover. I'm just telling you about, despite all the turnovers, we have not hired -- we have not diluted our requirement to make it look like, yeah, we wanted Mr. Gibson and Ms. Knighten to go, so now it's done, so let's go back. No. We truly believed, and we still believe, that to be an effective healthcare leader in the prison, it should be a registered nurse. And not even any nurse, not LPN. It should be a registered nurse.

Q. And I know Hiawatha is probably going to object because it's going to sound argumentative, but you're saying that, in order to be an effective leader, you had to be a nurse. But you've also said that you had no problems with Mr. Gibson's job performance. And so I'm not sure how those two compute.

A. It's a part of a learning curve. And, you know, I'm -- what I'm saying is Mr. Gibson did his job well. But as we learned more about Mississippi and the challenges and we saw the complexities and situation, we felt like a nurse would be better suited and better qualified that has the appropriate license to be the leader.

So your question to me is a hypothetical question, and the answer is always yes. Can a nonnurse be the HSA? Possibly. But what is the company's preference? We would like registered nurses to be the HSAs.

Q. I'm going to get argumentative again, so I won't do that.

I was just going to say I don't -- I don't -- I don't think it's a hypothetical because you already had it. You know, I'm not proposing a hypothetical to you; I'm asking about the situation that actually existed with Mr. Gibson being in that role. But, again, that's argumentive. So there's no -- there's no question there. You don't have to answer.

A. I'm not disagreeing, but I'm saying hypothetical as of today. What was there in 2021 was there in 2021.

Q. Let me look at my notes. I think I'm almost done. I want to make sure.

MR. FALKNER: Dr. Singh, I don't think I have any more questions for you, unless Hiawatha has got some follow-up.

MR. NORTHINGTON: I just have one brief question.

EXAMINATION

BY MR. NORTHINGTON:

Q. We talked a little bit about -- or you talked about a little bit the ACA standard and its role and how it's looked at as a seal of approval, so to speak. Did that seal of approval have any bearing on the Department of Justice's role in investigating the MDOC?

A. I would say probably yes because the Department of Justice has so many concerns about MDOC. And MDOC and VitalCore made significant improvement, multiple changes, including one in this. And then ACA comes and audits. Then it looks very good for Mississippi MDOC. And actually, to elaborate on my answer, the first audit report from DOJ came in about Parchman, and it's very, very critical of healthcare and so many other issues. The second DOJ report came out about Central Mississippi and SMI. I'm not sure East. And that is the hub. Do you know how many complaints DOJ has about healthcare in that big report just in three and a half years? DOJ always criticizes literally. They always, when they've got trained attorneys, find fault. Do you know how many complaints

they have about healthcare in that report?  Take a guess.

Q.   I don't know.

A.   Zero.  We work hard.  We are not perfect.  We learn together, seriously.  And it's not a business to us.  To answer your question, ACA accreditation, it was like a monumental, literally, mountain to climb; but that does look good on any organization.

MR. NORTHINGTON:  That's all the questions I have.

(DEPOSITION CONCLUDED AT 3:00 P.M.)

*   *   *   *   *   *

CERTIFICATE OF COURT REPORTER

I, SHARRON F. ALLEN, Registered Professional Reporter and Notary Public in and for the State of Mississippi at large, hereby certify that the foregoing 81 pages contain a full, true, and correct transcript of the proceedings as taken by me at the time and place heretofore stated in the aforementioned matter by stenotype and later reduced to typewritten form by me to the best of my skill and ability by means of computer-aided transcription.

I further certify that I placed the witness under oath to truthfully answer all questions in this matter under the authority vested in me by the State of Mississippi.

I further certify that I am not in the employ of or related to any counsel or party in this matter and have no interest, monetary or otherwise, as to the final outcome of this proceeding.

WITNESS MY SIGNATURE AND SEAL, this the 12th day of May, 2024.

_____
SHARRON F. ALLEN, CSR, RPR
CSR NO. 1144

My Commission Expires:

November 5, 2027

MR. FALKNER: [4]  25/6
 39/5 45/20 79/21
MR. NORTHINGTON:
[5]  5/3 39/7 45/23
 79/24 81/10
THE WITNESS: [2]  25/4
 39/8

**$**

$10,000 [2]  39/1 39/3
$150 [1]  59/19
$20 [1]  65/18
$45 [1]  59/17

**'**

'21 [1]  58/3

**1**

100 [4]  16/13 16/14
 25/19 33/4
100 percent [2]  18/2
 69/15
1000 [2]  1/14 2/8
110 [1]  67/7
1144 [2]  1/20 82/23
12th [1]  82/21
1357 [1]  2/4
150 [1]  39/23
16 [1]  9/13
17,000 [1]  42/7
1731 [2]  2/23 3/23
18 [1]  9/13
1:00 [1]  1/17

**2**

2,000 [1]  32/19
20 [1]  9/13
2015 [1]  57/13
2016 [1]  57/13
2020 [9]  7/20 9/24
 10/7 10/20 11/10 15/3
 16/6 16/7 58/15
2021 [7]  13/10 20/4
 20/11 28/23 68/6
 79/18 79/18
2022 [2]  15/2 15/3
2024 [8]  1/16 25/20
 26/3 26/6 26/7 27/1
 35/2 82/21
2026 [2]  24/4 26/3
2027 [1]  82/25
24 [1]  75/19
25 [1]  72/5

**3**

3,000 [1]  32/16
35 [1]  59/17
350 [1]  4/24
38802 [1]  2/4
39157 [3]  1/15 2/8 5/3
39215 [2]  2/24 3/24
3:00 [1]  81/12

3:23-CV-298-DPJ-FKB
[1]  1/5

**4**

44 [1]  71/14
45 percent [1]  58/15
499-5660 [1]  5/8

**5**

5,000 [1]  39/1
50 [1]  75/20
5203 [2]  1/14 2/8
5660 [1]  5/8
5th [1]  10/6

**6**

601 [3]  2/24 3/24 5/7
6339 [2]  2/24 3/24
6th [1]  10/6

**8**

80 [1]  3/7
805 [1]  4/23
81 [2]  3/8 82/5
82 [1]  3/9
825-6339 [2]  2/24
 3/24

**9**

90 [1]  18/4
95 percent [2]  30/16
 33/18
97 [1]  33/3
99 percent [1]  69/14

**A**

A1C [1]  30/15
ability [5]  40/17 41/7
 41/8 43/23 82/10
about [81]  7/1 11/8
 11/8 13/4 13/9 15/16
 15/18 17/5 20/7 20/19
 21/11 21/20 22/8
 24/12 24/15 30/5
 39/11 40/17 40/19
 40/19 41/6 41/6 41/8
 41/9 43/9 43/12
 43/22 44/5 44/16
 46/3 46/5 46/9 46/14
 46/23 49/23 51/24
 52/3 52/25 53/2 53/6
 55/17 56/10 57/6
 57/14 58/1 60/3 62/17
 64/10 64/16 67/9
 67/10 67/13 67/22
 68/7 68/8 68/11
 68/12 68/14 69/6
 69/7 69/8 70/11
 70/15 71/7 71/16 75/12
 75/16 75/24 76/1 76/2
 76/4 78/2 78/21 79/12
 80/3 80/4 80/10
 80/16 80/19 80/21
 81/1
absent [1]  38/16
Absolutely [1]  29/24
abuse [1]  38/12
ACA [69]  13/4 14/6
 15/12 15/16 15/23 16/5
 16/21 16/24 17/6
 17/12 17/13 17/15
 17/18 17/22 18/12
 18/21 18/23 19/3 19/5
 19/15 20/3 20/16
 20/19 21/8 21/12
 21/16 21/25 22/5
 22/11 22/13 22/16
 22/22 22/24 23/10
 23/16 23/17 24/10
 24/11 25/11 25/20
 26/15 26/19 26/22
 27/4 27/8 30/8 31/7
 31/9 31/11 32/9 33/7
 33/10 33/16 33/24
 34/1 34/12 34/16 35/2
 35/18 35/21 36/15
 44/17 48/24 58/19
 58/21 77/5 80/4
 80/13 81/7
ACA-accredited [1]
 22/22
acceptable [1]  6/25
access [1]  28/23
accreditation [12]
 17/15 17/18 18/12 19/3
 19/5 19/24 22/5
 22/24 25/12 58/19
 58/23 81/7
accredited [8]  17/12
 18/14 19/15 19/25
 20/16 22/22 33/21
 77/5
accurate [3]  32/24
 42/5 42/9
action [3]  47/21 48/4
 48/14
activities [1]  46/25
actual [2]  24/10 30/6
actually [5]  23/6
 62/5 70/24 79/12
 80/15
add [1]  64/8
added [2]  27/22
 77/23
address [5]  4/16 4/21
 7/14 7/17 23/21
administration [8]
 58/24 61/9 61/10 62/1
 62/7 72/23 73/4 73/5
administrative [6]
 34/4 61/7 65/8 65/10
 65/11 65/23
administrator [4]
 14/9 37/8 59/23 75/19
affected [1]  76/11
affects [1]  61/18
affiliated [1]  66/6

Affirmative [2]  29/17
 61/5
aforementioned [1]
 82/8
afraid [1]  47/17
after [9]  13/20 20/12
 38/5 39/14 46/22
 49/16 55/18 60/21
 62/14
afternoon [2]  4/9
 4/19
again [9]  6/5 12/16
 13/17 50/6 51/21 52/2
 77/9 79/6 79/13
against [1]  4/11
aged [1]  46/19
ago [8]  51/5 51/22
 51/22 51/23 52/2 52/2
 52/17 52/18
agreed [1]  57/20
ahead [2]  5/22 54/20
aided [1]  82/10
air [1]  30/11
all [56]  5/2 5/17 6/14
 7/5 9/3 10/4 14/4
 15/9 16/14 17/11 18/2
 19/17 19/25 20/16
 21/5 21/6 22/3 22/13
 22/17 33/20 34/19
 35/17 36/14 36/15
 37/2 38/14 40/8
 40/14 40/24 41/15
 45/13 52/1 54/6 55/15
 55/19 56/9 57/18
 58/10 58/10 59/21
 61/25 63/5 63/8 64/11
 70/17 71/2 71/6 71/16
 71/18 71/19 72/17
 72/21 73/17 78/2
 81/10 82/13
allegation [4]  47/8
 47/20 49/4 49/6
allegations [3]  47/4
 47/18 50/2
alleged [1]  47/1
ALLEN [6]  1/20 2/23
 3/23 25/5 82/2 82/22
allow [2]  12/7 17/16
allowed [3]  25/23
 42/18 73/7
almost [6]  24/22
 33/11 59/10 67/7
 68/17 79/20
along [3]  19/4 21/22
 48/16
already [3]  13/17
 35/21 79/10
also [13]  8/22 9/18
 14/10 17/7 38/12
 45/11 48/15 49/16
 59/12 61/16 63/6
 72/16 78/16
alter [1]  30/8

always [21]  28/11
 28/11 29/1 29/12
 29/19 29/19 35/3 35/7
 36/8 36/23 37/19
 39/25 40/1 61/8 61/10
 73/2 77/24 78/1 79/2
 80/23 80/24
am [4]  12/1 47/6
 66/19 82/16
amazing [1]  36/25
American [3]  14/21
 17/4 20/19
Ammons [3]  12/15
 12/18 12/19
angle [1]  77/14
animosity [1]  56/23
annual [1]  71/24
another [7]  17/2 33/1
 37/22 38/2 40/12
 66/5 77/2
answer [39]  5/20 6/6
 6/12 6/14 6/16 6/18
 6/21 6/23 6/25 9/11
 10/22 12/4 13/14
 17/21 22/16 25/17
 25/18 26/8 35/1
 40/23 41/18 48/7
 50/9 53/9 53/20 56/5
 66/2 66/7 67/1 67/3
 67/25 70/13 73/17
 75/15 79/2 79/15
 80/15 81/6 82/13
answered [2]  43/18
 50/7
answering [3]  5/22
 6/8 65/8
answers [1]  12/8
ANTHONY [7]  1/4 4/11
 49/17 50/22 53/10
 55/1 55/5
any [43]  6/6 11/4
 17/16 18/16 18/19
 24/12 25/10 25/24
 26/15 28/7 28/9
 28/24 29/22 31/18
 32/2 36/4 39/19
 40/16 40/17 43/22
 47/23 48/1 48/13
 49/18 55/17 57/1 65/1
 65/4 65/23 65/24
 68/10 72/19 72/24
 74/23 74/23 75/2
 75/12 75/23 78/9
 79/22 80/7 81/9
 82/17
anybody [1]  65/13
anymore [2]  51/5
 74/8
anyone [4]  12/23
 16/12 43/25 60/14
anything [8]  4/16
 6/24 15/17 39/18
 40/4 52/7 52/9 73/20

**A**

anyways [1]  31/25
apart [1]  39/16
apologize [2]  8/3
 66/3
appearance [1]  15/17
APPEARANCES [2]  2/2
 3/4
appoint [1]  40/12
appreciate [6]  4/20
 11/23 12/10 47/24
 53/22 55/12
appreciation [1]
 38/20
appropriate [2]  27/13
 78/25
appropriately [1]
 74/12
approval [4]  17/21
 18/14 80/6 80/7
approved [1]  23/20
April [2]  34/15 58/2
architectural [1]  17/8
are [95]
areas [1]  20/22
argumentative [2]
 78/14 79/6
argumentive [1]
 79/14
around [3]  29/9
 44/17 58/21
as [54]  4/3 5/18 5/19
 8/22 8/24 9/9 12/11
 12/12 12/22 12/22
 13/6 13/13 13/25 21/21
 28/17 28/25 36/11
 36/19 38/11 38/15
 38/15 43/23 44/1 44/7
 46/11 47/11 47/12
 48/10 51/18 52/17
 53/13 54/4 56/3 57/15
 57/15 59/4 59/7 59/9
 59/22 59/24 59/24
 60/1 60/1 67/3 71/7
 75/13 75/18 76/5
 76/17 78/21 79/17
 80/5 82/6 82/19
ASAP [1]  51/19
ask [20]  6/2 6/5 6/19
 11/8 25/4 25/9 30/17
 37/11 38/9 42/21
 43/21 46/4 50/6
 54/10 61/3 63/15
 63/18 63/19 66/20
 68/1
asked [9]  8/7 25/24
 37/11 37/12 43/5
 49/11 53/17 55/16
 56/25
asking [12]  5/19 5/21
 10/19 11/24 19/7
 26/11 26/13 26/15
 30/5 32/13 65/14

79/11
aspect [1]  22/8
assemble [1]  24/1
assign [1]  13/15
assigned [1]  73/21
assignment [1]  38/4
assist [1]  41/23
assistant [3]  65/8
 65/11 65/12
assistants [1]  65/24
associate [1]  76/16
Associates [3]  2/3
 2/23 3/23
Association [3]  14/21
 17/4 20/20
assume [4]  5/12 6/8
 10/8 56/14
assure [1]  37/24
assured [1]  37/15
at [63]  1/12 1/17 5/6
 5/23 5/25 7/23 12/14
 13/20 14/6 14/11
 14/13 15/2 20/15 22/3
 23/2 24/18 24/23
 25/25 26/20 34/8
 34/11 35/21 35/24
 36/10 36/18 37/7
 37/19 37/19 37/21
 38/13 39/15 39/18
 39/20 40/2 40/5
 42/14 43/15 48/1
 51/11 51/14 55/15
 55/19 55/20 56/9
 57/25 58/14 60/21
 62/25 65/15 66/19
 68/16 69/20 72/4
 73/13 73/13 75/7 75/21
 75/21 79/19 80/5
 81/12 82/4 82/7
attendance [2]  34/24
 34/25
attended [1]  34/9
attendees [1]  34/19
attention [1]  48/12
attorney [3]  4/10
 4/14 51/23
attorneys [1]  80/24
audibly [1]  6/14
audit [63]  13/4 13/9
 13/9 13/13 13/16 13/23
 14/6 14/16 14/18
 14/20 14/25 15/1
 15/16 15/23 16/24
 16/24 17/13 20/2 20/3
 20/11 20/18 20/21
 21/3 21/4 21/8 21/25
 22/7 22/14 22/17
 23/11 23/12 23/14
 23/16 23/25 24/4
 24/9 24/10 24/11
 25/14 26/21 27/4
 29/8 29/11 29/12
 29/23 32/18 35/13

35/16 35/18 35/21
 35/25 36/5 36/7 36/17
 36/20 37/3 38/3 38/7
 39/17 39/20 44/18
 73/13 80/16
audited [2]  17/2 17/11
auditing [2]  17/23
 58/10
auditor [2]  30/11
 34/17
auditors [6]  18/5 30/1
 30/8 30/24 31/11
 31/24
audits [6]  16/22 17/5
 17/6 37/1 37/1 80/13
authority [2]  36/12
 82/14
available [1]  18/20
award [1]  18/11
aware [7]  23/17 39/18
 43/24 46/5 46/19
 56/14 56/17
away [1]  49/1

**B**

bachelor's [2]  66/12
 76/20
back [17]  7/21 10/23
 13/10 15/15 23/9
 28/19 31/11 31/24
 35/3 38/1 39/14 46/14
 51/11 52/8 70/8 73/2
 78/6
backlog [1]  38/17
backup [7]  16/10
 25/16 28/12 28/14
 30/13 30/25 34/16
bad [9]  6/2 19/16
 39/9 40/23 43/14
 56/22 57/17 69/5
 74/18
based [15]  26/1 26/14
 27/14 32/24 33/9
 33/13 33/15 56/24
 60/6 63/4 64/23
 76/23 76/23 76/24
 77/16
basis [2]  14/25 23/24
bathrooms [1]  15/25
Baton [2]  50/15 51/6
battery [1]  19/11
be [90]
bearing [3]  31/19
 32/2 80/7
beauty [1]  55/25
became [1]  38/6
because [58]  5/16
 5/24 8/23 11/19 12/1
 13/6 14/10 16/12
 16/24 18/23 19/6
 21/11 24/2 24/19
 25/13 28/11 28/17
 29/12 29/24 33/20

35/7 36/21 38/17
 40/13 42/6 48/15
 48/20 50/6 50/9
 51/14 51/17 53/4
 53/14 55/6 56/7
 56/20 57/8 58/16
 60/25 61/11 61/23
 62/9 63/9 67/2 68/16
 71/5 72/2 72/21 73/2
 74/5 74/25 75/25
 77/9 77/13 77/15
 78/13 79/10 80/9
been [20]  4/2 4/25
 7/18 8/11 8/16 13/7
 24/9 30/18 32/3 44/5
 44/13 46/3 53/12 54/1
 58/3 62/15 62/16
 62/22 62/23 67/17
before [19]  5/10 5/20
 7/22 10/7 10/9 14/18
 21/13 23/11 23/25
 30/4 37/3 37/11 41/20
 51/7 53/21 57/12
 66/20 66/24 77/8
beforehand [1]  7/2
beginning [1]  44/22
behalf [1]  57/21
behavior [1]  47/14
behavioral [2]  66/8
 66/11
behind [1]  74/22
beholder [1]  55/25
being [19]  4/20 15/19
 24/13 27/24 27/25
 28/7 28/25 32/17
 35/11 37/8 38/16
 41/14 48/10 49/19
 49/19 53/13 57/10
 58/4 79/13
believe [9]  12/6
 49/24 50/8 50/22
 55/21 67/8 69/8
 69/18 78/7
believed [3]  52/15
 52/16 78/7
believing [1]  50/2
belong [1]  53/24
beneficial [1]  59/6
benefit [2]  19/4 61/6
best [10]  5/18 16/25
 23/18 32/11 42/15
 46/12 52/24 54/11
 71/20 82/9
better [7]  12/25 19/11
 29/5 41/18 62/20
 78/24 78/24
between [2]  62/13
 64/17
big [12]  14/13 22/11
 40/24 43/25 61/14
 61/16 64/11 70/15
 71/15 71/18 72/1
 80/22

bill [1]  19/22
bit [14]  5/14 6/11 11/9
 11/21 15/21 32/10
 32/18 46/5 55/20
 56/13 68/2 70/8 80/3
 80/4
blaming [1]  42/24
blood [5]  27/15 27/25
 30/15 30/18 56/22
board [4]  77/3 77/4
 77/7 77/8
board-certified [1]
 77/7
bombarded [1]  70/17
boss [2]  61/14 61/16
both [7]  8/21 46/24
 51/7 53/15 55/7 59/25
 60/12
bottom [1]  65/15
Box [3]  2/4 2/23 3/23
break [1]  7/4
brief [1]  79/25
bring [1]  71/9
bringing [1]  47/10
brought [4]  28/15
 48/2 48/3 48/11
build [2]  35/15 71/5
building [1]  61/12
Bureau [1]  19/11
Burl [1]  62/23
Bush [12]  47/3 48/17
 48/18 49/6 49/24
 50/13 51/3 51/4 51/7
 51/15 51/16 54/10
Bush's [2]  50/8 51/17
business [4]  8/23
 19/11 59/5 81/6
busy [2]  37/7 69/9
but [95]
butt [2]  50/23 55/1
buttock [1]  49/10
buttocks [2]  49/5
 50/23
buying [1]  19/9

**C**

cabinet [1]  71/8
Cain [1]  62/23
California [2]  19/14
 59/19
call [15]  7/3 14/1
 25/22 31/4 34/3 51/16
 53/25 60/8 60/9
 63/17 69/3 69/4
 69/16 72/6 72/8
called [5]  17/2 18/12
 51/23 54/15 72/5
calling [3]  51/16
 51/24 52/7
calls [3]  65/9 69/21
 69/22
came [10]  10/11 10/19
 11/10 14/18 21/17 22/5

**C**

came... [4] 51/7 57/12 80/16 80/19
can [43] 4/6 4/17 4/20 5/19 6/1 7/4 7/7 7/10 7/15 10/8 12/16 16/12 25/4 26/20 27/7 28/23 29/1 30/7 30/8 30/10 30/11 32/9 32/18 35/3 37/1 38/15 40/3 40/11 40/22 47/11 48/22 52/3 59/9 61/16 63/2 69/13 71/6 72/22 73/2 73/16 74/15 74/17 79/2
can't [4] 6/15 24/17 62/2 71/2
cannot [5] 22/13 23/11 36/9 67/7 73/5
car [1] 19/10
care [20] 5/16 7/24 27/5 27/8 27/12 27/13 27/22 28/3 28/4 28/7 28/10 41/13 54/8 57/5 59/6 72/12 73/6 73/11 74/6 76/19
Carolina [1] 9/20
Cars [1] 19/7
case [4] 4/15 35/6 48/14 70/11
CAUSE [1] 1/5
cell [2] 51/15 68/23
Center [1] 8/3
Centra [2] 24/20 24/21
Central [3] 13/5 37/19 80/19
CEO [7] 38/24 47/1 47/15 54/5 64/9 64/10 64/17
certain [4] 13/18 18/1 27/10 42/24
certainly [1] 48/22
certainty [1] 67/8
Certificate [2] 3/9 81/14
certification [1] 77/3
certified [3] 19/12 77/4 77/7
certify [3] 82/4 82/12 82/16
CFO [1] 54/5
chain [1] 63/7
challenge [1] 64/12
challenges [5] 41/2 52/5 60/4 60/5 78/22
change [10] 8/20 8/23 17/16 29/13 55/15 62/11 69/13 70/8 72/3 77/20
changed [8] 45/2 45/3 48/6 54/3 74/7

73/13 77/15 77/16
changes [4] 4/16 57/10 77/20 80/12
changing [2] 71/17 75/17
check [2] 31/12 31/24
checkbox [1] 70/25
chicken [1] 70/20
chief [11] 8/10 8/16 8/25 9/3 11/13 11/14 11/19 12/12 12/13 41/12 53/13
chronic [9] 27/5 27/8 27/10 27/12 27/22 28/3 28/4 28/7 28/9
circles [1] 74/9
circling [1] 70/8
City [2] 24/20 24/21
claimed [1] 46/6
clarify [6] 11/18 25/18 28/20 30/3 31/21 70/13
clarifying [2] 47/25 55/12
clarity [3] 9/14 28/21 33/10
class [1] 59/20
clean [2] 15/8 62/18
clear [3] 44/4 49/9 70/19
clearly [1] 49/7
clerk [1] 66/1
client [3] 23/7 23/7 67/13
client's [2] 67/14 75/21
climb [1] 81/8
clinic [1] 19/20
clinical [10] 8/15 41/13 41/14 54/6 62/8 65/14 67/4 72/12 73/11 74/6
clinics [1] 27/12
close [1] 37/14
closely [1] 54/7
closer [1] 14/12
CMCF [30] 13/6 13/22 14/11 14/14 14/18 15/2 16/24 17/13 22/6 24/18 25/14 25/19 28/7 29/8 29/15 32/16 35/24 36/18 37/19 38/5 38/8 38/14 39/17 39/20 40/5 58/8 58/16 63/12 70/6 73/14
code [2] 5/1 28/24
colleagues [1] 13/21
collect [2] 42/1 42/2
collection [2] 41/21 70/11
collective [1] 64/21
Colony [2] 1/14 2/8

colors [1] 36/2
come [12] 7/21 14/15 18/5 20/21 21/23 24/21 46/9 54/23 57/24 60/16 60/20 73/24
comes [8] 14/2 19/4 24/4 27/4 72/10 72/12 76/15 80/13
coming [5] 27/21 34/13 58/21 63/11 77/14
command [1] 63/7
commended [1] 62/5
Commission [2] 17/3 82/24
commissioner [8] 59/3 62/14 62/15 62/20 62/23 69/4 69/4 69/21
commitment [1] 57/21
committed [1] 68/4
communicated [1] 23/3
company [7] 8/22 33/14 47/12 59/4 62/9 63/3 63/3
company's [1] 79/4
complaining [2] 35/11 56/10
complains [1] 39/11
complaints [2] 80/21 80/25
complete [1] 13/15
complexities [1] 78/23
complexity [1] 76/18
compliance [3] 17/24 23/23 26/22
component [1] 15/24
comport [1] 21/19
comprehensive [1] 17/6
compromise [1] 37/17
compute [1] 78/18
computer [3] 14/2 28/12 82/10
computer-aided [1] 82/10
computers [2] 14/2 41/20
Concentra [2] 7/24 8/1
concern [5] 28/15 28/17 43/13 43/22 60/3
concerned [4] 57/14 62/15 62/16 62/16
concerns [6] 24/12 24/16 41/9 43/7 43/17 80/10
Concluded [2] 3/8 81/12

conclusion [1] 48/4
conclusions [1] 48/11
condition [2] 36/14 52/4
conditions [2] 16/1 27/10
confidence [1] 19/13
confident [2] 38/6 52/17
confidentially [1] 47/18
confinement [1] 16/1
conflicts [1] 42/14
confusing [1] 11/20
cons [2] 63/9 64/11
considered [1] 76/13
contact [1] 50/20
contacted [3] 46/11 46/13 52/1
contain [1] 82/5
CONTENTS [2] 3/1 3/5
continuous [1] 72/14
contract [24] 9/23 9/25 10/3 10/5 10/10 10/13 11/2 11/15 20/12 20/15 22/21 22/23 23/2 23/5 45/9 45/12 45/12 45/19 45/19 57/8 58/13 66/17 66/25 67/16
contracts [11] 9/15 12/14 12/22 13/1 45/10 45/13 66/23 67/7 67/11 67/13 67/18
control [1] 22/11
conversation [14] 46/17 47/15 48/16 50/15 51/3 51/11 51/13 51/20 59/3 60/6 62/13 62/19 64/23 76/3
conversations [1] 50/14
coordinator [1] 22/14
copies [3] 28/12 28/14 35/8
copy [1] 26/18
core [2] 25/21 59/2
corporate [6] 7/13 8/16 12/20 12/21 48/8 56/20
correct [7] 15/12 16/3 20/3 35/22 44/8 48/7 82/6
correction [1] 33/12
correctional [10] 9/16 13/5 14/7 14/21 17/3 17/4 18/13 20/20 33/14 50/12
Corrections [1] 17/10
corrective [2] 48/3 48/14

correctly [2] 15/19 43/11
could [2] 9/10 59/18
counsel [1] 82/17
county [4] 9/19 9/19 45/10 67/15
couple [1] 5/13
course [3] 8/18 25/3 70/6
court [4] 1/1 3/9 5/16 82/1
cover [2] 58/17 61/15
COVID [2] 59/12 59/16
cracks [1] 28/5
crash [1] 19/8
create [10] 16/12 22/13 23/13 23/14 25/10 25/24 26/13 26/20 27/1 30/10
created [4] 25/13 26/8 38/17 55/21
creating [1] 25/16
critical [1] 80/17
criticizes [1] 80/23
cross [1] 73/18
cross-training [1] 73/18
CSR [4] 1/20 1/20 82/22 82/23
culture [5] 29/13 47/16 68/16 71/17 71/17
curious [1] 74/3
curve [1] 78/19
cut [1] 70/21
CV [1] 1/5

**D**

data [36] 16/4 22/13 24/20 25/22 25/24 26/1 26/9 26/13 26/14 27/2 28/22 29/2 30/7 30/25 31/3 31/10 31/12 31/18 31/25 32/4 32/19 32/25 33/5 34/7 34/16 34/19 34/21 35/5 35/8 35/17 36/15 41/20 41/21 42/1 42/3 70/11
date [3] 26/3 28/20 44/16
dates [1] 34/14
day [9] 17/25 23/13 29/20 32/18 34/9 49/6 51/14 60/13 82/21
days [4] 20/5 37/18 37/18 52/2
dead [2] 68/23 68/24
deal [6] 14/13 22/11 57/17 71/15 71/18 72/1
death [1] 69/15
debated [1] 64/15

**D**

December [1] 68/5
decide [2] 52/21 63/4
decision [16] 8/24 17/11 56/19 59/22 60/24 63/19 63/21 64/7 64/19 73/1 74/19 74/22 75/15 75/22 76/9 76/12
decision-making [1] 76/9
dedicated [1] 23/15
DEFENDANT [2] 1/6 2/9
deficiencies [2] 20/22 57/14
definitely [3] 8/24 9/13 71/3
degree [8] 62/1 64/5 65/20 65/25 66/7 66/12 66/13 72/20
Delaware [2] 9/18 67/11
delicate [1] 52/13
demanding [2] 40/10 73/22
denying [1] 50/25
department [13] 17/10 19/21 22/9 23/16 33/12 49/23 57/11 57/13 65/19 65/21 65/21 80/7 80/10
departments [1] 22/15
dependable [1] 42/9
deposed [1] 58/4
deposition [5] 1/9 3/8 5/9 73/25 81/12
described [4] 21/21 48/18 51/19 52/1
description [2] 73/20 73/23
deserved [1] 39/13
designation [1] 8/13
despite [1] 78/2
destabilize [3] 37/13 37/22 37/25
details [2] 24/17 36/11
diabetes [2] 27/11 27/21
diabetic [3] 27/20 28/24 28/25
diabetics [2] 27/15 30/16
diagnosed [2] 27/9 28/25
did [50] 7/22 10/14 11/11 13/15 13/24 16/7 16/13 25/9 25/19 29/22 30/15 34/11 35/19 35/25 35/25

36/3 36/17 37/10 38/1 38/24 40/16 42/21 44/10 46/4 46/9 46/21 49/9 49/24 50/7 52/25 53/8 53/10 53/18 54/23 54/24 54/25 55/14 55/17 56/20 62/11 68/1 68/10 70/3 70/4 70/5 70/15 73/12 77/22 78/21 80/6
didn't [30] 21/13 34/15 34/15 39/16 43/22 44/7 47/23 50/16 50/18 50/18 51/1 51/17 52/7 52/9 54/11 54/22 55/13 56/25 58/17 61/24 66/18 68/6 68/11 68/14 69/1 74/18 74/23 74/23 75/2 75/12
different [5] 9/13 17/4 41/4 60/11 77/12
differently [1] 55/17
digressing [1] 55/20
diluted [1] 78/4
direct [3] 41/11 53/17 54/3
direction [1] 60/11
directly [2] 44/8 44/10
director [6] 8/2 8/3 8/14 10/25 11/1 69/19
disagreeing [1] 79/16
disclose [1] 52/3
discussed [2] 63/8 76/7
discussion [2] 25/7 76/23
disposal [1] 36/10
distressed [2] 55/6 56/11
DISTRICT [2] 1/1 1/1
disturbed [1] 49/19
DIVISION [1] 1/2
do [81] 6/1 9/9 9/10 13/19 14/17 17/7 18/6 18/22 20/21 21/14 22/3 22/25 23/8 23/11 23/21 24/8 24/11 24/15 26/4 27/5 27/6 27/18 28/6 29/7 31/4 32/22 35/9 35/9 36/9 36/25 37/4 37/5 37/13 38/18 40/7 40/8 41/7 41/9 42/7 42/20 45/21 46/8 48/13 48/18 49/2 50/4 50/5 50/6 50/21 52/21 52/21 52/23 58/20 59/9 61/1 61/10 61/11 61/22 61/25 62/8

63/10 67/22 68/7 68/18 69/7 71/1 71/2 71/2 71/3 71/6 72/7 72/24 73/7 73/10 74/6 74/15 74/17 74/18 79/7 80/20 80/25
DOC [9] 11/15 45/19 57/7 57/10 57/16 57/23 62/11 62/11 77/18
doctor [1] 65/4
document [2] 23/14 26/25
documentation [4] 15/9 16/11 25/16 25/17
documenting [1] 23/20
documents [7] 13/19 15/5 17/25 24/1 24/6 25/10 25/13
does [13] 9/6 11/5 11/5 16/21 17/15 21/18 21/19 26/19 31/18 60/9 61/6 66/6 81/9
doesn't [2] 51/4 69/24
doing [8] 5/17 25/14 44/3 59/11 60/4 63/16 73/11 73/25
DOJ [14] 57/17 57/19 57/21 57/25 58/4 58/4 58/24 62/14 62/17 62/18 80/16 80/18 80/21 80/23
DOJ's [3] 62/17 64/23 75/21
dollars [1] 59/15
don't [48] 5/1 6/6 6/7 6/9 6/17 6/20 6/22 6/22 6/25 10/2 10/7 12/6 18/18 18/18 18/20 18/25 18/25 24/9 26/16 26/23 28/9 29/10 29/21 36/10 42/20 48/9 50/7 52/8 53/4 60/8 61/2 61/23 61/25 64/2 65/2 65/5 65/25 68/2 68/20 68/24 71/15 73/16 79/8 79/9 79/9 79/15 79/21 81/3
done [27] 14/20 14/25 16/6 16/13 27/25 30/6 30/19 32/17 35/21 38/7 41/14 42/4 42/11 48/2 55/9 60/14 67/20 71/4 71/14 72/14 72/16 72/22 73/4 74/18 75/20 78/6 79/20
down [11] 5/25 6/15

18/8 23/7 34/5 34/12 59/25 62/8 63/8 63/10 64/10
DPJ [1] 1/5
DR [2] 1/9 4/1
Dr. [4] 12/15 12/19 46/2 79/21
Dr. Ammons [1] 12/19
Dr. Lorelei [1] 12/15
Dr. Singh [2] 46/2 79/21
dropped [1] 36/24
due [4] 56/18 59/7 59/21 63/12
duly [1] 4/2
dumb [3] 12/1 12/6 14/1
duplicate [2] 26/18 35/8
during [4] 24/10 35/13 40/16 59/17

**E**

e-mail [1] 35/4
e-mailed [1] 35/4
each [5] 18/10 22/8 22/21 23/16 54/12
earlier [5] 22/19 35/1 44/15 56/25 70/10
easier [3] 5/15 11/10 13/8
East [20] 13/20 14/6 14/6 24/23 36/16 37/8 37/13 37/15 37/16 38/16 38/22 39/21 40/2 42/15 59/24 59/24 66/4 70/3 72/4 80/20
East's [1] 37/17
easy [5] 28/18 59/14 63/9 63/14 63/17
ebbs [2] 43/14 43/19
effect [1] 10/6
effective [2] 78/8 78/15
efforts [1] 56/4
either [3] 27/19 27/24 50/19
elaborate [1] 80/15
electronic [10] 24/19 24/22 25/23 26/5 28/19 28/22 28/25 29/2 29/6 30/17
else [3] 12/23 73/20 76/15
EMCF [7] 35/21 35/25 38/1 39/15 39/16 39/18 43/15
emergency [2] 10/10 57/8
employ [1] 82/17
employed [5] 7/8 7/11 7/12 44/23 45/14

employee [5] 41/10 43/10 43/13 63/10 63/15
employees [1] 76/1
employment [2] 75/5 75/9
end [7] 21/18 21/24 25/25 34/8 36/23 37/3 52/21
enough [2] 58/17 71/16
enrolled [1] 27/12
ensure [1] 27/13
ensuring [1] 13/22
entire [6] 8/25 11/14 32/15 36/10 67/10 70/24
equally [1] 55/23
equivalent [1] 66/5
ESQUIRE [3] 2/3 2/6 2/7
even [10] 33/15 37/11 38/8 38/21 49/10 58/21 61/19 68/25 77/10 78/9
event [1] 55/14
eventually [4] 36/14 56/15 63/2 64/9
ever [7] 5/9 25/9 46/21 52/25 53/10 68/10 68/13
every [24] 6/21 14/24 15/1 16/22 22/8 23/13 24/22 25/2 27/15 27/16 27/24 32/18 32/18 33/11 33/13 34/12 47/20 59/10 60/17 68/18 68/20 69/16 69/16 72/14
everyday [2] 23/24 60/5
everyone [2] 53/7 61/20
everything [1] 49/8
evidence [1] 30/14
exact [1] 62/3
exam [1] 29/19
examination [6] 3/6 3/7 4/4 27/17 27/18 80/1
examinations [1] 16/5
examined [1] 4/2
example [6] 25/18 27/10 27/15 33/1 33/2 77/2
examples [2] 19/6 77/13
Excels [1] 14/5
exist [1] 66/19
existed [1] 79/12
expect [4] 6/20 47/24 48/9 74/4

Case 3:23-cv-00298-DRJ-ASH    Document 26-6    Filed 06/04/24    Page 26 of 35

**E**

expected [7] 14/22 23/17 23/18 23/24 29/16 31/17 74/6
experience [2] 35/24 75/19
experienced [1] 64/13
experts [2] 20/21 24/5
experts' [1] 76/24
Expires [1] 82/24
explain [4] 11/22 12/2 27/7 32/9
explained [3] 14/12 50/10 60/1
explanation [1] 16/19
extensive [1] 35/17
extra [3] 38/22 39/1 39/11
eye [1] 27/16
eyes [2] 55/25 63/17

**F**

fabricated [1] 42/5
facilities [5] 17/11 58/9 58/11 66/19 66/23
facility [8] 13/5 14/7 18/10 18/11 35/21 39/22 39/25 40/14
fact [2] 55/19 70/15
factor [4] 63/4 76/5 76/6 76/9
facts [2] 26/7 76/23
fair [1] 15/20
fairly [1] 47/20
fairness [1] 40/25
FALKNER [4] 2/3 3/6 4/10 4/19
fall [1] 39/16
falling [1] 28/4
false [2] 25/16 25/24
familiar [1] 5/13
family [3] 51/8 51/9 54/15
fantastic [2] 62/5 71/19
far [1] 12/22
fast [1] 18/8
fault [1] 80/25
favorites [2] 42/18 43/4
February [2] 34/14 34/18
federal [4] 17/17 18/19 18/24 59/15
feedback [1] 64/25
feel [6] 6/22 12/2 55/17 56/1 69/5 70/20
feeling [1] 77/14
feet [1] 49/1

felt [7] 36/13 38/14 56/10 56/11 59/5 70/18 78/23
few [13] 10/9 21/21 36/21 45/10 49/1 51/21 51/23 52/2 52/2 52/17 52/18 57/11 64/16
field [1] 64/24
figure [5] 19/1 31/22 31/25 32/8 76/8
file [4] 15/13 35/2 35/7 35/15
files [22] 14/5 14/24 15/2 15/5 15/18 16/3 16/3 16/10 18/6 24/13 24/15 24/25 25/1 25/2 25/11 28/8 28/13 35/10 35/13 36/14 48/25 57/19
fill [2] 25/10 59/9
final [3] 21/25 63/20 82/19
finance [2] 65/18 65/20
find [11] 17/20 26/17 30/25 36/23 37/2 59/18 59/20 64/13 64/15 67/6 80/25
finding [1] 24/18
findings [1] 59/2
fine [1] 60/4
fingers [1] 14/3
finish [4] 5/19 5/23 22/17 36/17
finished [2] 53/21 62/4
first [19] 4/2 4/19 16/24 17/13 20/17 25/14 29/11 29/12 29/15 29/23 35/16 37/11 50/1 51/14 58/1 59/19 61/9 68/19 80/15
first-time [2] 20/17 35/16
five [2] 33/5 45/22
fix [2] 28/18 57/24
FKB [1] 1/5
flag [1] 67/21
floor [2] 49/1 49/2
Florida [1] 45/12
flowing [1] 59/16
flows [2] 43/14 43/19
flying [1] 36/2
follow [7] 21/2 22/20 50/14 51/2 51/11 51/13 79/23
follow-up [6] 21/2 50/14 51/2 51/11 51/13 79/23
follows [1] 4/3
foot [1] 27/17

foregoing [1] 82/5
forgive [1] 32/5
forgot [1] 36/24
form [2] 16/12 82/9
formal [1] 48/9
format [1] 23/20
found [3] 41/3 68/23 68/24
four [3] 4/25 8/18 8/21
frame [6] 18/1 26/10 30/7 43/8 43/11 48/7
free [2] 6/22 12/2
friend [1] 54/16
friends [1] 51/9
full [7] 37/7 37/9 38/2 73/8 74/8 74/11 82/5
full-time [6] 37/7 37/9 38/2 73/8 74/8 74/11
functioning [1] 37/17
funds [1] 18/19
further [2] 82/12 82/16

**G**

Galveston [1] 45/11
gaps [1] 25/10
gave [5] 7/17 25/18 32/25 38/19 49/21
gears [1] 45/20
Georgia [1] 9/20
get [17] 10/17 11/24 17/11 19/3 20/18 38/5 48/9 56/14 60/14 68/6 68/11 68/14 70/16 75/5 75/9 75/18 79/6
gets [2] 27/22 28/1
getting [8] 9/25 17/15 17/17 21/25 22/5 36/19 64/25 75/7
GIBSON [58] 1/4 4/11 13/20 13/25 14/4 14/8 14/18 21/17 21/23 22/2 24/12 24/24 25/9 28/8 28/15 29/7 29/22 35/6 35/10 35/20 36/3 36/9 40/5 41/4 41/19 44/14 44/22 46/6 46/11 46/13 46/17 46/22 48/24 49/17 50/19 50/24 51/19 53/11 55/5 55/15 55/18 56/15 56/18 57/3 60/1 61/21 68/7 73/13 73/16 74/18 75/12 75/16 75/23 76/4 77/15 78/5 78/20 79/13
Gibson's [14] 13/24

24/23 29/25 40/17 43/23 49/3 49/10 50/23 55/1 73/12 74/24 75/14 76/4 78/17
girls [1] 49/2
give [15] 4/20 9/12 12/7 18/10 19/6 20/23 30/11 33/4 38/24 40/22 40/24 48/6 58/23 67/2 70/19
given [6] 5/9 10/3 20/14 56/19 57/7 60/12
gives [4] 11/4 19/12 62/18 69/23
giving [2] 58/15 77/12
go [30] 5/14 5/21 10/23 12/22 15/24 18/6 19/14 24/5 26/4 26/17 28/19 28/23 29/9 30/13 30/16 30/25 31/11 31/24 33/4 35/3 38/1 42/7 52/8 54/20 56/12 60/20 63/10 73/5 78/6 78/6
go-around [1] 29/9
goal [1] 77/19
goes [3] 36/20 40/2 73/10
going [45] 6/8 6/10 9/2 10/9 10/15 10/16 11/12 11/21 13/6 13/10 15/1 15/6 18/7 18/8 20/11 30/12 30/14 31/24 33/9 33/17 37/24 38/22 39/18 40/24 41/22 45/20 55/10 58/8 60/2 63/15 63/18 63/19 64/12 64/15 67/2 69/20 72/7 72/8 74/5 74/9 76/16 78/12 78/13 79/6 79/8
good [36] 4/9 4/13 4/16 4/19 5/5 12/8 13/25 15/16 16/17 17/19 17/20 18/15 18/22 19/7 23/18 32/12 33/20 33/22 36/14 36/15 38/11 38/15 41/19 42/12 43/14 54/7 56/19 58/20 60/12 61/12 61/22 62/18 63/16 72/9 80/14 81/9
Gordon [2] 1/13 2/7
got [19] 4/14 9/23 19/23 19/24 38/25 63/13 65/14 66/11 66/13 66/14 68/15 71/8 71/23 71/24

71/24 71/25 74/1 79/23 80/24
government [1] 18/24
governor [2] 62/16 71/8
graduating [1] 62/4
grants [1] 17/17
great [2] 30/12 67/20
grew [1] 8/22
grown [1] 76/19
growth [1] 20/22
guess [10] 8/7 23/3 43/10 53/16 53/16 54/9 54/9 66/2 72/7 81/2
guessing [1] 67/1
guidance [1] 70/19
guy [2] 33/6 61/13
Gwendolyn [1] 47/3

**H**

had [56] 8/11 11/16 13/17 14/6 14/9 14/14 16/6 16/17 22/4 24/19 29/15 35/20 35/24 36/11 37/7 38/7 42/18 46/3 46/20 49/23 50/14 50/16 50/16 51/2 51/10 51/14 52/4 53/12 54/12 56/12 56/21 57/7 57/23 57/25 58/3 58/6 59/2 60/5 60/15 60/18 60/21 61/25 62/4 66/23 68/17 69/7 72/4 73/4 74/18 76/3 77/7 77/22 78/1 78/15 78/16 79/10
half [1] 80/23
hand [2] 29/25 29/25
handled [4] 38/7 41/15 47/5 48/8
happen [6] 15/7 34/15 34/15 50/18 54/11 54/22
happened [7] 10/7 17/12 34/9 44/19 46/15 46/20 53/7
happening [4] 20/2 21/13 21/16 69/24
happens [5] 6/4 23/22 25/2 67/12 72/7
happy [2] 6/5 62/19
harassment [2] 47/14 72/1
hard [10] 5/17 5/24 6/11 25/21 36/22 57/6 59/13 63/11 70/1 81/4
hardest [1] 59/14
has [44] 8/11 11/16 15/23 17/22 18/1 18/3 18/24 19/21 20/24 20/25 23/15 25/25

**H**

has... [32]  27/8 30/18 32/2 32/16 33/12 33/14 34/2 34/6 35/4 36/9 38/18 40/7 40/8 42/6 48/5 56/21 57/17 62/15 62/16 63/11 63/11 65/20 66/10 67/17 67/20 69/22 75/20 76/19 78/25 79/23 80/10 80/21
hate [3]  36/21 46/18 64/18
have [142]
having [2]  4/2 19/5
he [57]  14/10 14/11 14/11 14/12 22/4 22/5 24/16 28/1 35/24 36/4 36/11 36/13 36/17 37/7 37/10 37/15 37/17 38/1 38/2 38/22 38/25 39/13 39/14 39/17 39/19 40/23 42/12 42/16 42/17 42/21 42/23 42/24 42/25 43/4 44/3 44/7 44/10 44/11 45/1 45/2 45/4 45/11 55/9 55/18 56/11 56/11 56/12 56/19 60/23 61/25 62/4 73/6 74/18 76/2 76/2 76/8 76/10
he's [7]  27/19 30/12 40/13 72/7 72/7 73/6 77/6
head [2]  6/16 70/21
headquartered [1] 9/7
headquarters [1]  7/13
health [25]  1/6 7/12 14/8 19/22 22/10 24/20 24/22 25/23 26/5 28/19 29/1 29/2 30/18 33/13 37/8 42/17 42/22 43/16 52/4 59/23 66/8 66/11 72/23 73/3 73/5
healthcare [32]  9/18 16/2 17/3 17/6 17/7 19/20 20/25 22/8 27/23 32/6 32/7 32/12 32/16 33/14 33/22 39/22 57/15 58/25 59/5 59/13 62/9 66/6 67/17 74/13 75/18 77/13 77/17 77/18 78/8 80/17 80/22 81/1
hear [2]  51/18 72/19
heard [7]  13/3 13/8 21/11 22/1 29/10 39/2 50/13

heaviest [1]  29/12
heavy [2]  58/19 58/19
help [19]  13/21 13/24 14/13 14/15 21/23 22/17 24/1 24/5 35/24 36/4 36/12 37/10 37/14 38/9 38/11 38/21 38/24 40/14 48/20
helped [1]  63/11
helpful [5]  6/1 14/19 16/17 16/18 76/20
helping [7]  38/3 38/23 39/17 39/19 40/5 61/17 73/13
helps [3]  15/7 16/16 30/21
hemoglobin [1]  30/15
her [17]  5/24 45/17 48/23 49/18 50/20 51/8 51/24 52/3 52/5 52/7 52/19 54/11 54/15 55/9 55/11 55/14 61/15
here [12]  4/14 4/20 4/25 5/16 13/21 45/21 55/8 60/5 62/7 73/24 74/2 75/15
hereby [1]  82/4
heretofore [1]  82/7
hesitant [1]  53/9
HIAWATHA [3]  2/6 78/12 79/23
hierarchal [1]  53/19
highest [2]  39/21 66/10
Highland [2]  1/14 2/8
him [21]  14/10 14/13 14/15 21/23 22/4 26/13 35/23 37/11 38/16 38/19 38/25 40/13 40/25 46/7 49/1 53/4 56/10 56/10 62/6 63/12 72/6
hire [2]  63/3 71/23
hired [1]  78/3
his [28]  13/21 14/12 24/25 27/21 36/6 36/10 38/20 38/23 39/14 40/8 40/12 40/20 41/6 41/6 41/7 41/8 41/9 42/18 43/25 45/3 45/5 49/5 53/5 61/14 67/17 69/20 77/5 78/21
HIV [2]  33/2 33/6
Hogue [4]  44/16 44/18 45/14 46/4
hold [1]  8/5
hope [1]  58/22
hospital [2]  19/21

62/1
hospitals [2]  19/25 59/16
hour [3]  59/17 59/19 65/18
hours [1]  73/24
house [1]  14/12
how [32]  7/18 9/6 11/8 11/8 16/5 16/6 17/19 23/21 25/20 29/20 30/25 31/20 33/2 36/22 36/22 41/22 46/9 46/15 51/19 52/3 53/18 61/6 64/12 64/15 66/3 68/20 72/3 76/8 78/18 80/5 80/21 80/25
However [1]  25/25
HSA [44]  24/3 34/4 38/17 40/7 40/8 40/11 40/12 40/18 40/23 41/25 42/2 42/3 43/23 44/1 44/7 59/9 59/10 60/17 60/23 65/12 66/10 67/6 68/18 69/1 69/6 69/19 69/22 69/22 69/24 70/24 71/4 71/6 71/6 71/7 71/9 72/5 73/8 73/10 73/22 74/7 74/11 76/5 76/21 79/3
HSA's [6]  40/9 42/10 70/9 70/10 73/11 73/19
HSAs [17]  41/11 59/7 59/25 60/16 60/20 62/12 62/21 64/4 66/18 67/3 67/4 70/12 70/16 72/16 75/14 76/17 79/5
hub [1]  80/20
hum [2]  29/17 61/5
human [11]  10/23 22/10 41/17 47/5 48/8 49/22 52/13 53/6 55/11 72/17 76/7
hump [1]  38/5
hundreds [3]  17/22 18/2 77/20
hypertension [1] 27/11
hypothetical [4]  79/1 79/9 79/11 79/17

**I**

I'd [3]  12/4 56/25 67/20
I'll [13]  6/19 7/21 9/13 19/6 20/10 32/11 35/6 58/18 64/20 64/21 65/19 67/5 68/5

I'm [100]
I've [2]  21/11 27/19
ICD [1]  28/24
idea [3]  9/12 11/4 69/22
identify [1]  20/22
if [95]
II [1]  2/6
illness [1]  39/24
immune [1]  62/7
impact [1]  76/1
imperative [2]  75/4 75/8
implications [2]  76/7 76/14
important [7]  5/18 36/13 40/9 41/22 48/11 55/24 69/10
impossible [1]  59/20
impractical [1]  40/10
impression [1]  69/23
improve [2]  58/25 77/17
improvement [2] 72/15 80/12
improving [1]  71/17
in [191]
inappropriate [1] 47/13
inappropriately [1] 46/7
incident [18]  46/6 46/10 46/20 47/1 48/18 51/12 51/14 51/24 52/1 53/2 54/10 54/22 56/9 68/3 68/4 68/8 68/14 68/22
incidents [1]  68/10
including [4]  24/23 60/17 69/18 80/12
individual [2]  42/7 76/25
industry [1]  77/13
infection [1]  22/11
information [3]  12/7 16/11 29/6
infrastructure [1] 77/18
inherited [1]  68/21
inmate [3]  15/25 23/19 68/4
inmates [6]  16/13 18/9 32/17 32/19 39/23 76/19
inside [2]  57/15 66/14
inspection [1]  18/7
Instance [1]  1/12
institution [3]  16/9 23/15 37/23
insulin [1]  58/16
intake [7]  16/5 22/9 23/22 23/22 27/20 33/17 33/19

intakes [1]  25/19
intending [1]  25/15
intense [1]  36/21
intent [2]  28/2 37/22
interest [1]  82/18
internal [2]  21/3 64/1
interrupt [1]  42/20
intimidated [1]  42/22
intimidating [5]  42/16 42/24 42/25 56/2 56/3
into [9]  10/6 11/21 15/24 49/15 63/11 75/5 75/9 76/6 77/20
investigate [3]  47/7 47/19 50/1
investigated [1]  57/11
investigating [2] 58/10 80/8
investigation [4] 47/23 48/1 49/21 50/4
investigations [1] 47/5
investigators [1]  50/4
involved [2]  47/2 47/23
involvement [1]  36/6
is [169]
isn't [2]  6/23 15/16
issue [7]  56/23 57/1 63/13 70/3 70/4 70/5 75/4
issues [8]  10/5 17/8 48/11 58/6 63/5 64/11 72/17 80/18
it [141]
it's [84]
its [1]  80/5
itself [1]  13/14

**J**

Jackson [2]  2/24 3/24
jails [4]  9/19 9/19 45/6 45/10
January [3]  26/6 26/7 34/14
JCAHO [1]  19/25
JESSICA [1]  2/7
job [46]  10/3 13/11 22/14 37/7 37/9 37/14 40/9 40/9 40/10 40/18 40/20 41/6 41/7 41/9 41/13 42/10 44/3 49/25 50/5 58/20 59/18 63/16 65/18 66/5 67/20 70/10 73/8 73/11 73/13 73/19 73/19 73/22 73/22 73/22 73/23 73/25 74/1 74/8 74/11 74/19 74/24 75/3 75/6 75/14 78/17

**J**

job... [1]  78/21
jobs [3]  42/11 54/13 65/18
joined [2]  10/8 77/8
judgment [1]  61/3
just [77]  4/15 5/22 6/4 6/14 6/16 7/3 7/17 7/21 8/19 9/4 9/17 10/14 10/16 10/17 10/18 11/18 11/24 14/5 14/6 15/14 15/14 16/9 16/25 17/7 17/20 19/1 19/2 23/1 23/11 23/11 23/18 23/25 25/17 26/11 26/20 31/5 31/20 31/22 32/3 32/7 32/9 32/25 35/6 40/10 40/23 42/15 43/5 43/18 44/4 44/4 45/21 46/3 46/16 50/6 50/10 53/4 53/12 55/24 56/10 60/4 61/3 61/24 62/4 68/1 69/1 69/8 70/8 73/2 74/3 74/3 74/21 77/4 77/12 78/2 79/8 79/24 80/22
Justice [3]  57/11 57/13 80/10
Justice's [1]  80/8

**K**

Kansas [2]  7/14 9/8
Kathy [4]  44/16 44/18 45/14 46/4
keep [6]  14/23 24/24 24/25 26/24 38/18 67/20
keeping [2]  16/2 16/9
Kenner [1]  7/24
kept [4]  15/19 26/19 34/10 34/23
keys [1]  21/6
kidding [2]  20/6 71/14
kids [1]  55/24
kind [14]  5/12 19/2 21/17 23/14 43/14 47/8 47/17 48/25 53/19 63/24 69/25 70/7 71/22 75/7
kinds [5]  9/15 31/6 47/4 50/1 70/17
knew [3]  10/16 51/6 58/4
Knighten [7]  60/2 60/21 61/21 74/25 75/24 76/10 78/5
know [83]
knowing [2]  69/6 69/6
knowledge [1]  54/11

known [2]  29/15 54/12

**L**

L-O-R-E-L-E [1]  12/17
lack [2]  12/24 29/5
ladder [1]  65/16
language [2]  33/17 33/20
laptop [1]  24/25
large [1]  82/4
last [8]  9/5 12/17 15/3 36/20 50/15 56/13 62/17 73/19
lastly [1]  6/14
lately [1]  52/5
later [1]  82/8
law [2]  1/13 63/24
lawsuit [3]  4/11 52/22 57/20
layers [1]  11/19
lead [1]  11/1
leader [8]  36/11 38/12 56/4 71/7 74/13 78/8 78/15 78/25
leaders [1]  69/18
leadership [7]  38/14 41/1 48/10 58/11 59/4 64/21 64/24
learn [2]  20/19 81/5
learned [3]  50/2 50/11 78/21
learning [1]  78/19
leave [2]  60/16 69/11
left [6]  46/2 49/17 55/2 60/23 65/1 65/5
legal [1]  26/25
legally [2]  61/22 61/23
length [1]  11/21
let [12]  5/19 5/22 6/4 7/3 17/19 23/8 30/3 50/3 50/4 66/1 69/16 79/19
let's [15]  16/6 22/9 23/7 25/19 26/2 27/8 31/7 32/16 33/1 34/11 67/15 69/21 71/7 72/11 78/6
level [1]  39/21
license [6]  19/21 19/24 61/24 61/24 77/11 78/25
licensed [1]  74/13
lies [1]  55/25
life [4]  50/3 50/11 55/21 76/7
lift [2]  29/12 58/19
light [1]  55/21
like [71]  5/14 6/24 9/13 9/15 9/19 10/25 11/13 12/1 12/4 14/2 16/15 17/21 18/13 19/2

19/24 20/1 21/7 23/16 24/11 25/22 26/17 28/18 37/9 37/19 38/6 38/15 38/21 40/1 41/10 41/19 43/15 44/3 45/2 46/14 49/2 51/5 51/9 52/9 52/20 52/21 54/4 55/10 55/24 56/9 57/17 59/5 59/10 63/3 63/20 63/24 65/4 65/15 66/4 66/4 66/8 67/5 67/7 67/20 68/22 70/18 70/20 70/20 72/21 73/17 73/21 74/19 77/4 78/4 78/23 79/4 81/7
likely [2]  68/15 70/4
likes [1]  67/16
line [1]  19/22
lines [1]  31/12
list [2]  27/11 72/18
Listen [1]  52/22
literally [2]  80/23 81/8
little [13]  5/14 6/11 11/9 11/21 15/21 32/10 46/4 55/20 56/13 68/1 70/8 80/3 80/4
live [1]  37/14
lives [1]  50/14
LLC [1]  1/6
LLP [1]  2/7
log [8]  21/6 21/7 27/5 27/8 27/22 28/3 28/10 34/24
logged [2]  21/6 21/7
logs [2]  27/18 28/7
long [6]  7/18 20/17 40/11 58/18 67/17 72/17
look [10]  10/23 15/8 23/23 30/13 33/5 35/4 49/16 78/4 79/19 81/9
looked [2]  38/6 80/5
looking [13]  12/9 15/2 17/24 19/10 25/1 30/9 36/15 49/11 49/12 50/17 54/25 75/20 75/21
looks [3]  30/11 38/15 80/14
Lorelei [3]  12/15 12/17 12/17
lot [12]  5/20 6/19 21/10 35/16 38/18 40/25 43/16 44/5 46/25 57/22 60/18 67/13
Louisiana [1]  7/25
lowest [1]  61/13
LPN [1]  78/10

**M**

MAC [3]  34/3 34/8 34/9
made [13]  8/24 17/10 20/8 23/3 46/19 56/4 59/22 60/24 63/6 63/20 75/16 77/20 80/11
mail [1]  35/4
mailed [1]  35/4
main [1]  5/15
major [7]  43/22 56/18 57/14 60/3 64/20 64/22 67/21
make [26]  5/14 11/9 12/8 13/12 15/15 21/4 22/15 24/1 24/5 26/12 27/23 28/3 32/21 32/23 37/12 38/12 39/16 41/13 42/3 42/8 42/11 44/6 63/2 71/2 78/4 79/20
makes [3]  12/3 21/10 59/17
making [8]  10/18 15/4 15/9 47/17 57/9 72/12 72/15 76/9
manage [1]  37/15
mandates [1]  27/9
mandatory [5]  17/23 18/3 19/9 29/21 63/1
manner [1]  28/1
Mansukhani [2]  1/13 2/7
many [28]  9/6 9/19 9/20 11/19 16/5 16/6 21/22 24/20 24/25 25/13 25/20 26/8 29/11 29/18 31/6 32/17 33/2 35/14 36/25 37/1 57/18 69/7 69/8 70/16 80/10 80/18 80/21 80/25
map [1]  9/12
March [3]  25/19 27/1 34/14
market [1]  76/24
master [1]  73/5
master's [4]  66/12 72/23 73/3 76/20
matter [6]  29/20 36/22 74/25 82/8 82/14 82/18
may [12]  1/16 6/18 11/20 24/3 45/6 46/13 52/19 53/7 55/8 58/2 66/20 82/21
maybe [5]  6/17 11/9 57/13 68/3 73/16
McLAURIN [1]  2/7
MDOC [13]  17/9 20/15 20/24 22/21 22/23 23/4 33/17 60/7

64/23 80/8 80/11 80/11 80/14
me [61]  5/19 5/22 6/4 6/10 6/10 7/3 7/7 7/10 12/1 14/11 14/13 17/19 19/12 19/15 20/3 20/8 23/8 27/7 30/3 30/17 32/5 32/9 34/17 35/4 37/15 40/10 41/21 42/8 43/21 46/11 46/13 50/21 51/16 51/16 51/23 52/1 52/5 52/10 52/15 52/20 53/4 53/12 54/4 54/21 60/8 62/14 63/6 65/13 66/1 67/8 69/5 69/16 69/17 71/13 74/1 74/20 79/1 79/19 82/7 82/9 82/14
mean [4]  18/25 42/20 54/22 61/2
means [4]  13/11 18/14 57/20 82/10
meant [3]  6/23 22/20 66/22
Medicaid [1]  19/22
medical [27]  8/2 8/3 8/10 8/14 8/17 8/25 9/3 10/25 11/1 11/13 11/14 11/20 12/12 12/13 27/14 34/5 41/12 53/13 58/11 59/4 65/3 65/5 65/25 66/1 68/25 69/19 76/19
meet [3]  18/20 29/13 29/21
meeting [20]  18/17 21/5 34/2 34/3 34/4 34/8 34/10 34/10 34/11 34/17 34/22 35/3 35/5 41/14 46/21 53/12 58/3 68/18 68/19 70/15
meetings [3]  21/2 33/8 33/23
meets [3]  18/11 18/15 31/16
members [2]  13/18 71/8
memory [6]  6/24 16/25 21/19 39/8 42/16 72/4
mental [7]  22/10 39/22 39/24 42/17 42/22 43/16 52/4
mentioned [6]  22/20 35/20 39/15 62/10 62/10 65/23
mere [1]  30/5
merely [1]  29/4
met [2]  31/20 32/3

**M**

Michigan [2] 9/17 67/11
middle [1] 52/14
midnight [1] 69/10
might [1] 29/8
Millette [22] 44/15 44/18 46/3 46/5 46/7 46/22 49/3 49/4 49/9 49/14 50/22 50/25 52/25 53/10 53/17 53/24 53/25 54/3 54/23 54/24 55/1 55/2
Millette's [1] 53/19
millions [2] 59/15 59/15
mind [4] 45/21 48/19 55/22 56/3
minimize [1] 19/1
minimum [1] 65/17
minute [1] 35/3
minutes [6] 34/10 34/18 34/22 35/5 45/22 68/19
misconduct [1] 47/13
miss [1] 28/11
missing [13] 24/13 24/16 25/3 26/2 26/3 28/7 28/10 28/14 35/2 35/11 35/12 35/15 37/2
MISSISSIPPI [51] 1/1 1/15 2/4 2/8 2/24 3/24 4/25 7/16 9/4 9/8 9/15 9/17 9/23 10/1 11/1 11/15 12/13 12/19 12/22 12/23 12/25 13/5 14/7 17/1 17/9 38/10 39/21 45/11 45/19 45/19 51/7 53/14 57/7 57/10 57/16 57/23 58/1 58/7 58/9 59/13 66/17 66/25 67/10 68/16 77/11 77/18 78/22 80/14 80/19 82/4 82/15
misstate [1] 55/13
mock [4] 21/3 21/3 36/25 37/1
monetary [1] 82/18
money [5] 38/20 38/25 39/1 39/1 39/11
month [9] 14/24 14/25 14/25 25/25 29/2 34/1 34/8 34/12 68/20
monthly [1] 68/18
months [11] 21/22 21/22 27/16 27/16 27/24 27/25 32/19 36/20 51/22 51/23

32/2
monumental [1] 81/8
morale [5] 41/10 43/10 43/13 61/18 72/13
more [15] 6/4 11/25 15/21 17/21 18/13 24/10 37/9 39/22 41/10 43/24 51/9 65/16 74/19 78/21 79/22
most [6] 5/17 12/3 36/21 67/3 68/15 70/4
mountain [1] 81/8
moved [1] 28/1
Mr [7] 3/6 3/7 4/9 4/11 4/19 35/6 44/22
Mr. [69] 13/20 13/24 13/25 14/4 14/8 14/18 21/17 21/23 22/2 24/12 24/23 24/24 25/9 28/8 28/15 29/7 29/22 29/25 35/10 35/20 36/3 36/9 40/5 40/17 41/4 41/19 43/23 44/14 46/6 46/7 46/11 46/13 46/17 46/22 46/22 48/24 49/3 49/10 50/19 50/22 50/24 51/19 52/25 55/5 55/15 55/18 56/15 56/18 57/3 60/1 61/21 62/8 68/7 73/12 73/13 73/16 74/18 74/24 75/12 75/14 75/16 75/23 76/4 76/4 77/15 78/5 78/17 78/20 79/13
Mr. Anthony [1] 50/22
Mr. Gibson [52] 13/20 13/25 14/4 14/8 14/18 21/17 21/23 22/2 24/12 24/24 25/9 28/8 28/15 29/7 29/22 35/10 35/20 36/3 36/9 40/5 41/4 41/19 44/14 46/6 46/11 46/13 46/17 46/22 48/24 50/19 50/24 51/19 55/5 55/15 55/18 56/15 56/18 57/3 60/1 61/21 68/7 73/13 73/16 74/18 75/12 75/16 75/23 76/4 77/15 78/5 78/20 79/13
Mr. Gibson's [12] 13/24 24/23 29/25 40/17 43/23 49/3 49/10 73/12 74/24 75/14 76/4 78/17

Mr. Millette [3] 46/7 46/22 52/25
Mr. Singh [1] 62/8
Ms. [22] 6/15 25/5 47/3 48/17 48/18 49/6 49/24 50/8 50/13 51/3 51/4 51/7 51/15 51/16 51/17 54/10 60/2 61/21 74/25 75/24 76/10 78/5
Ms. Allen [1] 25/5
Ms. Bush [11] 48/17 48/18 49/6 49/24 50/13 51/3 51/4 51/7 51/15 51/16 54/10
Ms. Bush's [2] 50/8 51/17
Ms. Gwendolyn [1] 47/3
Ms. Knighten [5] 61/21 74/25 75/24 76/10 78/5
Ms. Sharron [1] 6/15
Ms. Willie [1] 60/2
much [6] 36/8 38/17 46/19 48/6 52/3 60/15
multi [1] 73/18
multi-purpose [1] 73/18
multiple [2] 9/15 80/12
muscle [1] 72/3
must [1] 28/24
my [58] 4/7 4/9 4/21 5/7 8/13 9/2 9/22 10/23 13/11 13/20 16/25 20/5 21/16 25/18 29/24 30/3 30/16 32/11 33/3 33/9 35/4 36/7 38/13 39/8 40/19 41/11 41/13 42/15 46/12 47/6 47/15 48/11 49/25 50/2 50/9 50/11 52/21 53/5 53/20 55/20 55/22 55/24 56/20 63/3 63/17 64/23 70/13 73/22 73/23 73/25 74/1 75/15 77/8 79/19 80/15 82/9 82/20 82/24
myself [2] 20/9 53/23

**N**

name [9] 4/6 4/7 4/9 12/16 12/18 14/5 27/21 31/5 62/3
names [3] 16/14 33/4 33/5
narcotics [1] 21/5
national [2] 17/3

67/11
natural [1] 49/15
nature [1] 15/18
NCCHC [3] 17/2 17/5 19/15
necessarily [5] 6/20 23/4 57/2 61/2 68/3
necessary [1] 15/5
need [10] 4/13 4/18 7/3 7/14 26/4 27/15 27/16 27/17 37/12 77/17
needed [2] 57/19 70/19
needs [1] 14/23
negotiating [2] 10/4 10/12
negotiations [3] 10/8 10/14 23/2
neither [2] 23/6 53/5
never [12] 23/25 29/15 41/3 41/8 54/3 55/16 59/14 63/9 63/14 69/11 72/4 75/23
new [4] 27/20 58/24 70/16 71/23
newly [1] 27/19
next [4] 6/19 9/2 28/2 60/22
nicety [1] 38/13
night [2] 59/10 68/7
no [54] 1/5 1/20 6/17 8/6 8/13 13/11 13/14 18/18 18/24 22/7 23/15 25/17 25/23 25/23 27/2 28/3 28/14 29/20 30/7 30/7 30/12 32/18 36/22 38/10 38/10 40/6 40/22 41/4 41/5 42/6 42/23 44/9 47/16 49/12 53/11 53/24 56/22 56/23 56/23 60/3 62/7 66/7 69/10 69/22 71/5 77/2 77/16 77/24 78/6 78/16 79/14 79/14 82/18 82/23
Nobody [1] 39/11
nod [1] 6/16
nonjudgmental [3] 50/3 50/11 56/6
nonmandatory [1] 18/4
nonnurse [2] 67/6 79/3
nor [1] 53/6
normal [4] 24/18 43/13 49/18 55/6
NORTHERN [1] 1/2
NORTHINGTON [2] 2/6 3/7

not [101]
Notary [1] 82/3
notes [1] 79/19
nothing [1] 55/6
notified [3] 68/6 68/11 68/14
notify [1] 28/2
November [1] 82/25
now [19] 8/5 8/9 21/12 21/14 26/3 45/4 45/17 59/10 61/15 62/18 64/6 64/7 67/6 68/23 69/13 71/13 72/6 76/18 78/6
number [4] 5/5 5/7 51/15 51/17
numbers [4] 14/23 15/4 16/4 42/8
nurse [19] 59/8 59/17 59/18 65/3 66/9 67/23 69/16 72/24 73/2 74/4 74/12 75/6 75/9 76/14 78/9 78/10 78/11 78/16 78/23
nurses [15] 59/7 59/20 59/22 61/7 61/9 61/16 62/12 62/20 66/18 66/18 75/1 75/13 76/17 76/21 79/5
nursing [10] 34/6 59/8 60/7 61/4 61/11 62/7 64/5 66/14 72/20 74/7
nutshell [1] 43/21

**O**

oath [1] 82/13
object [2] 30/2 78/13
objecting [1] 43/25
Occupational [1] 7/24
October [1] 10/6
off [7] 25/7 26/14 30/12 42/19 45/24 46/2 70/21
offend [1] 6/10
offered [1] 10/2
office [8] 1/13 2/4 2/23 3/23 4/21 5/7 7/16 61/15
officer [11] 8/10 8/17 8/25 9/3 11/14 11/20 12/12 12/13 41/13 53/14 67/4
Oh [5] 36/23 55/19 69/7 71/23 72/17
okay [63] 4/22 5/12 6/12 6/18 7/4 9/2 9/22 10/17 11/3 11/8 11/16 12/3 12/5 12/19 14/17 15/11 15/14 15/22 16/3 16/20

**O**

okay... [43]  17/14 18/16 18/19 18/25 19/16 19/19 22/1 23/1 24/8 28/6 28/13 30/20 31/9 31/15 31/18 34/17 35/25 36/3 36/17 38/14 43/20 44/2 44/3 44/13 44/20 44/23 45/4 46/21 47/22 48/13 53/8 53/16 54/9 54/18 55/12 68/10 70/14 70/23 71/11 71/13 72/19 74/10 76/16

old [1]  27/20

on [74]  1/16 9/11 10/9 10/11 10/15 10/16 10/20 11/10 13/4 13/10 14/17 14/18 14/24 16/13 17/3 17/25 20/11 20/24 21/1 21/17 22/4 22/20 23/24 24/25 26/1 27/14 28/12 29/9 29/20 29/22 30/15 31/19 32/2 32/24 33/9 33/13 33/15 33/17 33/19 34/9 34/23 36/20 48/17 48/20 48/24 48/25 49/1 49/2 49/5 50/13 50/14 52/20 56/24 57/21 58/15 60/6 60/16 61/13 63/4 63/19 64/18 64/23 66/19 69/20 73/24 76/1 76/7 76/23 76/23 76/24 77/16 80/7 80/15 81/9

on-site [1]  34/23

once [14]  5/25 13/17 17/23 18/5 24/25 26/25 27/17 27/18 27/19 33/16 34/1 35/15 51/21 77/9

one [32]  6/2 6/8 6/19 8/5 17/7 22/12 22/18 25/23 25/24 30/7 30/8 32/18 33/1 36/8 38/10 38/13 41/24 42/6 42/10 43/24 47/17 51/22 57/6 57/22 58/5 59/2 62/7 70/21 71/9 77/2 79/24 80/12

only [16]  8/11 10/8 17/5 20/5 23/13 24/18 30/9 37/23 52/17 59/24 61/10 63/15 75/13 76/10 77/19 77/20

operate [3]  9/6 9/8 9/9

operation [1]  53/25

operations [13]  8/15 41/11 41/15 41/16 41/17 44/11 44/12 45/6 45/9 45/18 54/2 54/6 70/18

opinion [1]  40/19

optics [1]  77/9

optional [1]  19/13

or [69]  6/3 6/5 6/11 6/24 7/2 8/19 10/6 10/14 12/20 12/24 12/24 15/17 15/18 17/17 19/3 19/9 19/10 19/15 19/20 21/22 22/14 24/10 26/20 27/16 27/20 27/25 31/5 31/19 31/20 32/3 35/12 36/4 36/5 37/18 38/2 39/19 40/3 40/16 41/6 41/17 43/13 45/7 47/10 48/2 49/19 50/19 50/23 51/8 51/12 51/22 51/22 53/18 58/3 61/14 62/1 63/13 65/3 65/4 65/13 66/12 68/25 73/6 74/24 75/23 76/20 80/3 82/17 82/17 82/18

order [1]  78/14

ordinary [2]  40/4 40/6

organization [5]  17/2 17/5 18/23 74/14 81/9

organization's [1]  47/19

organizations [1]  33/20

other [17]  6/2 9/9 17/8 31/4 40/16 42/25 43/1 54/13 58/9 65/24 66/19 66/22 66/23 67/18 71/11 74/15 80/18

others [1]  53/12

otherwise [3]  69/20 72/2 82/18

our [20]  5/16 9/11 21/24 26/5 34/6 34/13 37/22 38/20 39/21 45/9 47/1 56/24 57/6 57/9 63/3 67/10 75/21 75/25 76/1 78/4

out [18]  4/15 4/17 13/19 19/1 31/22 31/25 32/8 33/11 35/6 37/23 39/17 39/19 40/4 40/6 55/9 73/10 76/8

80/19

outcome [1]  82/19

Outside [1]  66/8

over [9]  5/14 8/18 12/14 12/24 20/12 25/3 38/5 45/9 58/13

oversees [2]  45/11 45/13

own [9]  22/12 24/23 24/25 33/14 34/7 41/1 41/2 43/18 55/22

**P**

P.A [1]  2/3

p.m [2]  1/17 81/12

packages [1]  60/13

page [1]  70/25

pages [1]  82/5

painted [1]  64/11

paper [4]  24/24 28/11 28/21 29/4

papers [1]  49/2

Parchman [5]  58/1 59/24 60/21 70/5 80/16

Parkway [2]  1/14 2/8

part [16]  9/24 10/13 12/11 13/9 13/11 13/13 16/1 17/7 23/1 48/10 48/16 51/20 58/20 63/13 73/23 78/19

parted [3]  56/18 56/24 57/4

particularly [1]  43/15

particulars [1]  41/5

parties [1]  15/9

party [2]  52/23 82/17

pass [9]  18/2 18/3 23/10 23/10 23/14 29/8 29/23 29/25 36/1

passed [2]  19/17 36/16

passing [1]  36/5

patient [6]  27/19 27/24 28/4 54/8 59/6 73/6

patients [5]  27/9 33/2 57/6 58/16 77/10

pattern [1]  72/4

Paul [25]  37/20 37/20 44/15 44/18 44/21 44/23 45/13 46/3 46/5 49/3 49/4 49/9 49/14 49/16 50/22 50/25 53/10 53/17 53/24 53/25 54/3 54/23 54/24 55/1 55/2

pay [2]  37/20 65/16

payroll [1]  40/8

peacemaking [1] 47/10

penalty [1]  18/16

Penitentiary [2]  58/2 58/8

people [22]  5/25 15/6 29/18 34/6 34/6 37/21 37/23 38/11 40/25 42/18 43/12 47/10 50/4 52/6 56/8 56/8 60/16 61/23 69/9 69/25 71/16 74/15

people's [1]  54/2

perceive [2]  55/22 55/23

percent [8]  18/2 18/4 30/16 33/4 33/18 58/15 69/14 69/15

percentage [1]  33/3

perfect [2]  41/3 81/5

perfectly [1]  6/25

perform [2]  40/18 43/23

performance [10] 14/22 16/8 40/20 41/6 44/1 56/23 57/1 74/24 75/2 78/17

performances [1] 60/3

persistent [1]  39/24

person [14]  5/18 11/14 12/25 22/13 36/9 47/7 67/16 67/19 67/21 67/23 73/3 73/4 73/12 77/1

personality [1]  42/14

personnel [3]  12/20 12/21 13/15

persons [1]  76/11

Peter [1]  37/20

pharmacy [1]  22/10

phone [10]  5/5 5/7 7/2 48/17 48/20 50/13 51/15 51/17 65/9 69/11

physical [1]  15/17

physician [2]  77/4 77/6

physicians [3]  66/9 77/3 77/7

pick [4]  32/25 67/12 67/15 67/18

picture [2]  40/24 64/12

piece [1]  32/18

pin [1]  64/18

place [8]  15/8 22/18 38/18 40/12 43/15 53/5 69/2 82/7

placed [1]  82/12

places [1]  66/24

PLAINTIFF [3]  1/4 1/12 2/5

plan [3]  20/23 20/25

played [3]  64/20 64/22 75/23

plays [1]  43/4

please [4]  6/4 6/9 7/9 31/21

point [3]  20/15 38/6 38/13

pointing [2]  58/5 58/6

pole [1]  61/13

policies [5]  16/5 33/12 33/15 71/20 72/2

policy [22]  17/10 23/21 33/17 33/19 34/3 56/18 60/24 63/12 64/1 64/3 72/9 73/1 74/19 74/22 75/13 75/15 75/17 75/22 76/4 76/11 77/15 77/16

policymaking [1]  76/6

population [1]  15/25

position [3]  39/15 74/5 75/10

positions [2]  41/1 65/15

positive [1]  57/10

possibility [3]  29/19 53/11 68/9

possibly [7]  17/13 20/6 32/22 51/22 51/22 74/16 79/3

Post [3]  2/4 2/23 3/23

practice [2]  23/12 56/6

practices [12]  23/18 23/19 23/24 26/23 29/16 31/17 31/19 32/3 32/5 33/22 41/15 71/20

practitioners [1]  66/9

preference [1]  79/4

prefers [1]  77/6

preliminary [1]  20/21

preparation [3]  15/4 21/24 24/11

prepared [4]  13/12 13/22 24/7 36/23

preparing [1]  28/8

present [1]  53/13

president [8]  8/14 11/6 44/12 45/5 45/7 45/7 45/18 49/14

pressure [1]  29/22

pretty [4]  16/17 38/25 44/21 46/12

prevail [1]  67/14

prevailing [1]  27/14

prevention [1]  71/25

previous [5]  15/10

**P**

previous... [4] 24/19 54/13 58/14 68/21
prides [1] 57/5
primary [8] 36/4 37/14 41/24 42/11 70/10 70/17 70/22 71/11
print [1] 35/6
Prior [1] 66/16
prioritized [1] 71/1
prison [12] 14/22 15/17 17/16 18/1 18/14 19/14 43/12 65/22 66/4 69/16 74/14 78/8
prisons [3] 17/1 18/20 22/22
probably [7] 10/25 12/1 20/11 66/7 77/14 78/12 80/9
problems [3] 39/19 57/18 78/17
proceeding [1] 82/19
proceedings [1] 82/6
process [9] 9/24 13/10 13/16 14/20 20/17 21/9 21/22 35/17 36/17
produce [1] 34/13
Professional [1] 82/3
promoting [1] 64/22
promotion [2] 8/24 9/5
promotions [1] 8/19
proposing [1] 79/11
pros [2] 63/8 64/10
proud [1] 53/23
provide [2] 7/15 9/18
provided [1] 27/13
psychiatrist [1] 52/8
psychology [2] 66/12 66/13
Public [1] 82/3
pull [11] 26/6 29/1 30/17 33/16 33/18 34/18 35/16 37/23 40/11 59/21 68/19
pulling [1] 42/15
purchases [1] 72/16
purpose [8] 17/17 19/2 31/2 31/9 31/23 32/1 32/8 73/18
pursue [1] 57/21
pushing [1] 52/12
put [4] 22/17 29/22 35/7 67/23

**Q**

qualifications [2] 70/9 74/15
qualified [1] 78/24
quality [4] 72/15 72/15 77/6 77/17
qualm [1] 75/12
qualms [2] 74/23 75/2
question [45] 5/20 6/3 6/21 6/23 7/9 9/3 9/11 10/22 17/20 18/22 20/9 25/4 25/15 26/8 30/3 31/21 32/12 32/13 35/1 37/12 40/19 43/5 43/11 43/18 50/21 53/9 53/21 55/16 56/6 61/2 63/15 66/3 67/2 67/25 68/13 73/17 74/14 74/17 75/7 75/11 79/1 79/2 79/15 79/25 81/7
questioned [1] 41/5
questions [11] 6/6 6/15 6/20 10/19 12/8 19/7 22/16 41/19 79/22 81/11 82/13
QUINN [1] 1/4
quite [1] 50/7

**R**

raised [1] 24/16
raising [1] 24/12
RAMAN [5] 1/9 4/1 4/7 50/16 52/10
random [4] 30/14 30/22 32/24 32/25
rather [2] 38/22 76/25
rating [2] 19/8 19/10
ratio [1] 15/25
rationale [1] 74/22
raw [21] 25/22 25/24 26/1 26/9 26/13 26/14 28/21 31/3 31/10 31/12 31/18 31/24 32/4 32/19 33/5 34/16 34/19 34/21 35/5 35/8 36/15
reach [3] 4/13 4/17 5/6
reached [1] 4/15
reaching [1] 13/19
ready [9] 4/23 13/19 13/22 20/18 21/4 21/25 24/2 29/20 36/19
real [8] 21/8 26/20 26/23 26/24 42/6 52/4 59/11 61/11
really [22] 5/24 6/1 13/25 14/1 16/18 30/12 33/6 35/14 41/19 41/22 42/12 43/22 56/19 57/17 58/12 58/25 60/12 61/18 61/18 68/9 69/12 69/14

reason [8] 14/9 14/14 38/2 50/10 57/3 60/1 60/13 62/6
reasons [4] 57/7 57/23 59/7 59/21
reassign [1] 37/21
recall [28] 13/19 13/25 14/17 24/15 24/17 28/6 28/9 29/7 29/10 36/19 43/7 46/11 46/16 46/25 47/2 47/14 47/21 48/13 48/15 48/19 48/23 49/4 49/6 49/20 51/15 55/8 62/19 68/8
recalling [1] 51/25
receive [1] 22/24
recently [1] 51/12
recollection [3] 33/10 46/12 55/14
recollections [1] 47/6
recommend [2] 38/24 62/11
recommendation [1] 60/7
recommendations [2] 75/22 76/25
recommended [2] 14/10 14/15
recommends [1] 34/1
record [13] 4/6 24/20 24/22 25/7 25/23 26/5 28/20 29/1 29/3 30/18 44/7 45/24 57/9
records [6] 24/24 28/21 28/23 29/4 42/7 66/1
recruit [1] 59/13
recruitment [2] 71/15 71/18
red [1] 67/21
redo [1] 77/8
reduced [1] 82/8
Rees [2] 1/13 2/7
refer [1] 13/6
referred [1] 13/7
reflect [1] 16/8
reflection [1] 33/22
reflects [1] 44/7
region [2] 45/6 45/9
regional [3] 7/15 8/14 10/25
registered [6] 59/16 59/18 78/9 78/10 79/4 82/2
regulative [1] 19/17
related [2] 46/25 82/17
relationship [2] 18/24 53/19
released [1] 57/25

remain [1] 51/8
remember [6] 22/3 24/8 24/12 35/9 39/6 62/2
repeat [2] 7/9 72/9
rephrase [1] 6/5
report [31] 26/1 26/2 26/6 26/16 26/17 26/24 27/1 30/9 30/10 30/10 31/16 33/24 34/13 34/17 34/20 41/11 41/25 44/7 44/10 53/18 54/4 55/11 58/1 62/17 62/17 64/23 75/21 80/16 80/18 80/22 81/1
reported [4] 1/20 31/20 44/11 55/18
reporter [4] 3/9 5/16 82/1 82/3
reporting [5] 26/5 34/7 41/21 42/13 54/1
reports [31] 16/15 22/12 26/8 26/14 26/15 30/4 31/1 31/4 31/5 31/6 31/8 31/10 31/13 31/23 32/1 32/9 32/15 32/23 33/25 34/22 35/12 35/14 40/8 42/4 42/4 42/5 42/6 42/11 42/12 72/13 72/13
represent [4] 4/10 20/10 32/15 68/5
representation [1] 30/5
REPRESENTING [2] 2/5 2/9
represents [1] 32/4
repurpose [1] 36/12
reputation [1] 57/9
request [1] 38/1
requested [1] 21/23
require [11] 14/24 26/19 26/24 27/2 34/4 62/12 65/2 65/5 65/19 65/25 66/6
required [6] 22/16 25/11 31/6 64/4 72/21 72/24
requirement [11] 22/23 23/4 33/7 63/22 64/8 66/17 66/24 74/7 77/23 78/1 78/4
requirements [1] 63/23
requires [3] 25/20 26/22 77/2

remain [1] 51/8
49/22 52/14 53/6 55/11 57/19 57/22 72/17
respect [1] 56/8
respectful [1] 56/22
respectfully [1] 56/1
responsibilities [10] 8/20 11/12 11/17 12/12 41/25 70/9 70/18 70/22 71/10 71/12
responsibility [4] 47/19 70/25 76/18 76/22
responsible [3] 13/18 42/3 72/16
restate [1] 15/15
restate that [1] 15/15
retaliation [1] 75/17
rethink [1] 63/13
rid [2] 60/14 75/18
Ridgeland [4] 1/15 2/8 4/24 7/16
Riggin [4] 47/2 47/15 48/17 75/20
right [23] 5/2 8/9 10/19 12/10 20/7 20/13 21/21 26/16 32/20 39/2 39/12 40/15 42/12 49/7 49/13 56/21 59/10 61/1 62/2 62/3 66/19 67/23 74/1
rings [1] 7/2
RN [2] 60/17 64/13
road [1] 34/12
rob [2] 37/20 37/20
robust [1] 24/21
role [18] 8/1 8/4 8/8 8/11 45/1 45/3 45/4 61/9 64/20 64/22 75/23 76/5 76/22 77/7 77/23 79/13 80/5 80/8
roles [7] 45/2 61/7 65/1 65/5 65/7 65/24 72/25
rolling [1] 61/20
room [13] 5/18 46/24 47/3 47/11 48/24 49/8 49/13 49/15 49/17 53/7 53/13 54/23 55/2
Rouge [2] 50/15 51/6
RPR [2] 1/20 82/22
running [4] 37/16 38/19 67/17 70/20

**S**

S-I-N-G-H [1] 4/8
safe [2] 21/6 37/24
safety [2] 19/8 19/10
said [26] 6/10 9/7 10/11 16/21 22/19

**S**

said... [21]  28/18 28/19 30/22 41/20 43/9 43/16 47/22 51/2 51/10 52/18 52/21 54/10 54/12 55/3 55/9 55/13 62/20 70/7 70/10 75/24 78/16
sake [5]  9/14 22/9 28/21 31/7 33/10
salary [2]  66/5 66/10
same [12]  5/24 33/18 33/19 37/21 44/17 45/1 46/24 50/16 55/24 57/25 59/18 73/12
samples [1]  32/23
sampling [3]  30/14 30/23 32/24
sat [3]  59/25 63/8 64/10
satisfied [1]  30/9
saw [4]  52/11 52/16 64/24 78/22
say [44]  6/22 8/21 9/13 12/16 13/8 16/2 16/6 22/9 23/7 25/15 25/19 26/2 30/15 31/7 32/16 33/16 34/11 35/6 36/22 39/23 40/2 42/21 43/24 46/18 54/22 58/19 60/2 60/18 64/18 64/20 64/22 65/10 65/19 67/15 67/19 68/2 69/9 69/13 69/21 72/22 76/16 77/22 79/8 80/9
saying [10]  15/20 37/21 50/24 51/1 54/25 60/23 77/16 78/14 78/20 79/16
says [3]  23/8 34/17 38/10
score [2]  18/10 18/11
Scully [2]  1/13 2/7
seal [6]  17/21 18/13 77/5 80/5 80/6 82/20
second [5]  7/22 20/9 45/21 66/2 80/18
security [9]  15/23 15/24 17/8 20/24 20/25 34/2 34/5 57/15 69/3
see [13]  17/19 21/10 27/8 31/12 33/19 43/2 43/2 50/17 51/1 52/7 52/9 54/25 67/21
seeing [4]  23/19 49/8 61/14 77/10
seek [1]  13/24
seeking [1]  13/21

seen [3]  27/19 27/24 49/23
self [1]  49/18
send [2]  10/24 20/20
sending [1]  42/8
senior [4]  45/7 45/18 76/17 76/21
sense [5]  12/3 19/12 21/10 32/21 63/6
sensitive [1]  56/4
September [3]  7/20 10/20 11/10
serious [3]  28/17 39/23 68/22
seriously [8]  36/25 47/14 49/25 55/23 56/7 57/14 74/16 81/5
services [2]  14/8 59/23
set [1]  23/22
setting [1]  50/12
several [1]  59/7
severance [2]  56/20 60/12
sexual [3]  47/12 47/13 71/25
shared [1]  29/18
SHARRON [6]  1/20 2/23 3/23 6/15 82/2 82/22
she [40]  48/19 48/21 48/25 49/7 49/8 49/8 49/10 49/16 49/21 49/23 50/14 50/15 50/16 50/21 51/1 51/6 51/17 51/18 51/23 51/25 52/1 52/6 52/7 52/10 52/14 52/15 52/15 52/16 52/16 52/16 52/16 52/20 54/21 54/24 54/25 54/25 55/3 55/8 55/9 73/6
she's [4]  5/16 5/17 12/21 52/4
sheriff [2]  67/16 67/19
shift [3]  58/17 59/10 59/21
ship [1]  62/18
short [2]  58/18 59/11
shortage [4]  59/8 61/4 61/8 61/20
shortly [1]  20/12
should [18]  8/7 23/17 27/1 27/3 27/12 42/2 44/11 47/16 47/17 53/16 54/1 54/9 69/5 69/6 69/19 76/21 78/9 78/10
show [6]  25/20 26/6 30/17 34/17 38/20 58/23

showing [2]  33/3 49/18
sic [2]  30/3 67/5
sicker [1]  76/19
side [5]  53/25 54/7 57/15 61/17 66/8
sign [2]  30/12 49/18
signature [2]  34/19 82/20
signed [1]  34/20
significant [1]  80/11
similar [1]  8/4
simply [1]  16/12
since [8]  7/20 8/16 11/17 22/7 43/4 60/13 77/23 77/25
SINGH [7]  1/9 4/1 4/7 4/9 46/2 62/8 79/21
sir [3]  5/11 9/10 49/12
sit [3]  23/7 34/5 63/10
site [16]  8/2 19/15 19/17 20/18 20/23 24/22 24/23 34/11 34/23 36/11 37/8 42/8 69/16 69/19 69/19 69/20
sites [1]  20/16
sitting [4]  26/2 48/25 53/8 61/14
situation [4]  52/13 58/12 78/23 79/12
six [3]  27/16 27/25 32/19
skill [1]  82/9
slap [1]  49/9
slapped [2]  49/5 50/22
slapping [1]  55/1
sleeves [1]  61/20
slow [1]  18/8
small [1]  22/3
smart [2]  14/4 32/13
SMI [1]  80/19
so [235]
sole [3]  47/3 50/25 51/18
some [19]  10/12 13/3 13/8 19/4 22/1 34/3 35/11 35/12 38/19 38/25 38/25 43/3 55/7 60/22 65/2 65/17 70/19 77/22 79/23
somebody [2]  60/15 75/18
somehow [2]  28/1 35/2
someone [17]  11/21 35/4 36/12 38/9 41/3 41/16 41/17 49/15 50/19 50/20 54/1

60/9 65/20 68/22 68/24 72/22 75/5
someone's [1]  38/13
something [22]  6/11 7/2 17/16 22/19 33/24 36/24 36/24 37/2 37/18 40/2 43/9 51/5 55/22 55/23 57/16 58/3 60/9 62/1 62/5 65/4 73/20 76/15
sometimes [3]  6/2 8/22 67/12
sorry [3]  51/10 54/20 66/22
sort [2]  19/4 65/2
sound [1]  78/13
sounded [1]  24/10
sounds [6]  20/7 45/2 62/2 62/3 66/4 72/21
source [1]  36/4
South [2]  4/23 9/20
southern [4]  1/1 45/6 45/9 58/9
speak [2]  30/4 80/6
specific [1]  31/4
specifically [4]  9/4 28/9 35/10 53/2
spend [3]  18/5 57/21 73/24
spent [1]  37/17
sprucing [1]  15/8
staff [18]  13/18 18/7 18/9 27/23 33/8 33/23 42/17 42/22 42/24 42/25 43/1 58/17 59/13 66/15 68/21 68/25 72/4 72/12
staffing [5]  10/4 58/12 58/14 59/8 61/4
stage [1]  55/20
stamp [1]  19/11
standard [8]  27/9 29/21 31/19 32/2 32/4 33/16 77/5 80/4
standards [20]  14/22 17/22 17/23 17/25 18/3 18/4 18/15 18/17 18/21 19/18 20/19 21/5 23/12 27/14 29/14 29/14 30/2 33/11 33/13 33/15
standing [1]  48/25
start [11]  5/22 6/7 7/7 7/10 19/16 20/24 20/25 25/1 30/4 35/15 72/11
started [4]  8/13 9/17 21/16 58/7
state [8]  4/6 9/16 17/1 58/2 58/7 68/20 82/4 82/15
stated [2]  49/16 82/7
statement [1]  49/22

states [5]  1/1 9/6 9/9 9/14 9/21
statistics [2]  16/4 16/8
stay [2]  27/2 60/22
stayed [1]  55/7
stenotype [1]  82/8
step [5]  23/9 59/9 61/11 61/16 73/2
steps [1]  73/10
sticking [2]  60/23 60/25
still [14]  10/12 28/22 37/1 40/7 44/23 45/1 45/14 60/15 60/17 60/25 65/17 70/11 77/10 78/7
stopped [1]  38/3
story [3]  50/8 50/16 58/18
STRATEGIES [2]  1/6 7/13
street [2]  4/24 7/14
strengths [1]  41/2
structure [2]  48/5 69/2
struggling [1]  72/19
stuff [2]  14/2 71/9
Style [1]  3/3
successfully [1]  23/10
such [2]  47/16 58/20
suggestions [1]  63/2
suicide [8]  68/4 68/11 68/15 68/23 68/25 71/25 72/5 72/6
Suite [3]  1/14 2/8 4/24
suited [2]  41/18 78/24
summarize [1]  31/10
summary [8]  29/5 30/6 31/23 32/1 32/8 33/25 40/22 48/9
super [1]  14/4
Superintendent [1]  69/3
supervisor [1]  53/6
support [3]  16/11 31/1 66/15
supposed [1]  71/1
sure [48]  7/10 10/18 11/7 13/12 15/5 15/9 15/15 19/8 21/4 22/15 24/1 24/5 25/6 26/12 27/23 28/3 30/22 31/22 32/23 37/12 38/12 38/16 38/25 39/16 41/13 42/4 42/8 42/11 43/6 43/9 44/6 44/16 44/21 45/8 45/23 46/12 46/16 47/9 52/3 54/21 56/11 57/12

**S**

sure... [6]  71/2 72/12 72/15 78/18 79/20 80/20
surprised [4]  28/10 67/5 67/9 67/24
swap [1]  45/20
switch [1]  44/19
sworn [1]  4/2
system [12]  9/16 26/5 27/21 28/22 29/1 29/6 32/16 34/7 42/13 43/12 69/13 77/17
systems [1]  14/5

**T**

table [3]  2/25 3/5 29/5
tail [2]  21/18 21/24
take [13]  5/15 7/3 7/4 23/8 26/13 32/23 33/1 42/19 45/22 47/12 47/20 73/6 81/1
taken [4]  1/12 48/14 66/25 82/6
taking [2]  50/9 66/16
talk [13]  18/7 18/8 18/9 46/22 51/8 51/24 52/25 53/10 54/24 67/22 68/17 71/16 71/18
talked [6]  7/1 64/10 68/7 75/24 80/3 80/4
talking [12]  5/23 5/25 13/4 13/20 43/11 44/5 46/3 47/2 49/17 67/9 67/10 68/8
task [1]  36/13
TB [4]  16/7 16/13 16/15 25/21
team [23]  13/13 13/17 20/20 22/3 22/3 22/4 22/14 23/16 23/25 24/5 36/8 36/10 38/5 38/8 38/14 41/12 42/2 48/10 54/4 61/12 61/12 71/4 71/5
teams [2]  24/1 57/19
telephone [1]  48/16
tell [11]  6/10 19/15 33/9 40/3 47/11 48/19 55/24 56/20 63/12 67/7 69/2
telling [12]  7/7 7/10 16/25 29/7 29/8 43/5 48/23 51/16 52/5 52/20 69/1 78/2
temporary [1]  38/4
temptation [1]  53/20
term [1]  12/25
terminate [2]  75/5 75/8
terminated [4]  56/15

termination [2]  60/8 60/9
terms [2]  10/4 10/12
terrible [1]  58/12
test [3]  6/24 16/15 27/15
tested [3]  25/21 33/3 33/6
testified [1]  4/3
testimony [4]  13/3 13/8 22/1 26/12
testing [3]  16/7 16/13 71/13
tests [1]  30/15
Texas [1]  45/11
text [1]  52/19
texts [1]  52/5
than [7]  6/5 11/25 37/9 38/22 39/23 65/16 76/25
Thank [4]  7/5 11/5 21/14 48/22
thankful [2]  37/10 38/23
Thanks [1]  32/14
Thanksgiving [1] 58/15
that [322]
that's [58]  5/2 8/18 11/24 13/7 13/7 14/14 16/3 16/18 17/19 18/13 18/22 19/13 19/22 21/8 21/20 22/11 24/18 25/21 30/1 32/12 35/23 39/24 41/10 41/15 41/22 42/10 45/8 45/13 46/12 46/15 49/5 49/20 49/25 50/12 50/20 50/23 51/19 53/9 55/2 57/16 57/16 57/22 60/8 61/18 62/6 66/3 68/9 71/18 72/8 73/1 74/1 74/6 75/6 76/1 76/10 77/5 79/14 81/10
their [18]  7/13 8/2 8/15 8/16 20/16 22/12 26/23 31/16 33/14 41/1 41/2 50/5 60/3 61/20 70/21 75/2 75/5 75/9
them [15]  16/7 22/17 22/21 25/20 26/20 27/13 32/17 33/2 33/4 41/23 46/24 53/15 56/21 60/12 70/19
themselves [1]  65/22
then [41]  7/1 8/14 8/15 8/16 9/18 10/21 11/17 16/10 16/14 18/11 20/23 20/24

21/2 21/7 23/13 25/17 26/4 26/16 27/22 31/11 31/16 34/10 34/16 34/18 35/3 44/15 51/21 56/2 58/8 60/22 61/19 66/10 66/13 66/14 67/22 71/1 71/19 72/11 72/14 80/13 80/13
therapists [1]  43/3
there [65]  4/13 4/16 5/13 11/19 12/23 15/5 15/6 15/10 17/22 18/16 18/19 19/4 20/9 21/2 21/3 21/8 23/25 24/2 24/3 24/5 24/6 25/25 26/16 27/2 27/3 28/14 33/11 34/16 35/14 38/2 38/23 40/4 41/9 42/14 43/3 44/14 48/13 49/7 49/11 50/17 53/11 53/12 56/22 56/22 56/23 57/1 57/18 60/2 60/4 60/5 61/8 65/1 65/4 65/22 65/24 68/2 68/13 68/22 69/15 72/13 76/13 77/24 79/15 79/17 79/18
there's [9]  21/6 21/7 23/21 31/3 43/16 66/4 71/5 79/14 79/14
these [29]  7/5 8/21 14/4 18/5 22/22 23/17 27/18 29/4 32/23 33/21 41/18 42/5 47/4 47/6 47/17 47/21 50/1 52/6 58/10 59/16 59/21 61/25 63/1 63/4 63/5 63/23 64/11 71/19 72/2
they [90]
they're [4]  9/7 17/23 38/10 74/5
they've [2]  66/11 80/24
thin [1]  30/10
thing [14]  5/15 19/13 20/5 23/8 23/15 41/22 43/24 61/1 61/9 63/9 63/14 63/24 64/14 73/19
things [18]  5/13 7/6 16/15 20/1 21/7 23/11 28/11 32/17 38/7 38/18 47/21 52/9 55/10 58/21 59/1 61/25 63/1 63/4
think [56]  6/9 10/2 11/6 12/6 14/14 16/23 16/23 17/1 18/4 18/18 18/23 19/7 20/7 21/20

21/21 22/25 23/71 32/11 35/20 37/2 37/18 38/19 38/19 38/24 39/1 39/2 39/7 40/11 43/3 44/3 45/5 46/2 46/15 49/21 50/7 50/19 52/24 53/5 54/15 57/1 58/14 60/11 60/25 61/25 64/2 64/9 64/16 65/16 65/17 70/7 71/7 74/9 74/25 79/9 79/19 79/22
thinking [4]  19/23 64/14 75/25 76/14
thinks [1]  60/14
this [120]
thoroughly [1]  47/20
those [45]  8/19 10/13 11/17 13/1 13/18 14/23 14/24 15/4 15/5 16/3 16/7 16/21 17/24 18/2 18/17 19/17 20/1 22/15 23/12 23/23 25/1 25/2 25/10 26/19 28/8 28/13 28/13 29/16 31/5 32/8 32/8 33/13 33/15 33/25 34/21 34/22 35/12 35/13 45/13 54/2 65/7 66/24 72/24 75/1 78/18
though [5]  33/16 38/8 38/21 61/19 72/20
thought [1]  76/2
three [5]  27/15 27/24 37/18 61/15 80/22
through [3]  18/6 28/4 56/12
Thursday [2]  20/6 20/8
ticket [1]  59/20
till [2]  15/3 37/3
time [48]  5/24 12/14 18/1 20/17 23/2 24/4 24/4 25/2 25/14 26/10 26/20 26/21 26/23 26/24 29/15 29/23 30/7 35/16 37/7 37/9 37/22 38/2 40/3 40/12 40/16 40/16 42/6 43/7 43/25 44/17 46/14 48/7 50/9 51/12 55/7 57/25 59/12 59/14 59/18 60/24 62/25 68/17 72/14 73/8 74/8 74/11 75/25 82/7
timeline [1]  10/18
timely [1]  28/1
times [6]  5/20 29/11 43/14 43/15 44/15 69/14

title [5]  8/20 8/23 10/21 45/5 45/17
titles [1]  54/2
today [6]  13/3 20/8 40/3 67/3 70/12 79/17
today's [2]  20/6 24/3
together [5]  41/16 54/6 54/7 55/7 81/5
told [17]  14/11 20/15 42/17 42/17 42/23 43/4 48/19 48/21 49/7 50/21 52/10 52/10 52/15 52/16 54/21 56/5 57/23
tomorrow [1]  76/15
too [6]  9/14 18/8 22/20 38/20 40/11 58/20
took [4]  20/12 58/13 63/7 75/25
top [3]  12/25 48/10 67/4
Topeka [1]  7/14
totally [1]  72/2
totem [1]  61/13
touch [2]  30/7 51/8
touched [2]  46/7 63/18
touching [1]  47/13
towards [1]  21/24
track [3]  57/9 66/11 66/14
trail [1]  23/14
trained [4]  30/24 30/25 74/12 80/24
training [19]  21/11 21/12 21/15 21/18 65/3 65/5 71/4 71/19 71/22 71/23 71/24 71/25 72/1 72/8 72/9 72/9 72/11 73/18 73/18
trainings [2]  69/7 69/8
transcript [1]  82/6
transcription [1] 82/11
transition [1]  44/17
treat [2]  12/1 56/21
treating [1]  56/1
trends [1]  76/24
trick [1]  72/3
tried [1]  50/20
trophy [1]  19/3
true [1]  82/5
truly [3]  55/21 57/5 78/7
truth [2]  52/10 56/2
truthfully [3]  9/11 10/22 82/13
try [6]  5/19 6/6 10/17 29/13 29/23 32/11
trying [13]  11/18 11/24 17/20 19/1

**T**

trying... [9]  30/13 31/22 31/25 32/7 40/14 48/6 66/2 74/21 76/8
Tupelo [1]  2/4
turmoil [2]  39/25 40/1
turn [2]  34/7 58/21
turnover [6]  60/15 60/19 77/22 77/24 77/25 78/1
turnovers [3]  24/3 60/20 78/3
two [16]  5/25 14/3 15/1 15/3 15/10 16/22 19/6 25/3 34/12 37/18 46/18 51/5 68/19 73/24 75/1 78/18
type [1]  14/3
types [1]  65/7
typewritten [1]  82/9

**U**

Um [2]  29/17 61/5
Um-hum [2]  29/17 61/5
unaltered [1]  26/10
unclearly [1]  6/3
under [3]  67/23 82/13 82/14
understand [17]  6/7 6/9 7/5 11/11 11/23 14/20 15/6 15/7 21/12 21/13 22/15 44/6 50/24 55/4 61/19 70/2 74/21
understanding [9] 9/22 11/25 15/16 16/18 21/17 26/12 35/19 36/6 36/7
unfair [1]  40/13
unit [2]  24/2 28/2
UNITED [1]  1/1
unless [2]  67/21 79/23
Unlike [1]  19/20
unofficial [1]  63/23
unrelated [1]  56/5
unstable [1]  52/6
untouched [1]  26/9
up [20]  14/23 15/8 16/9 21/2 22/20 30/1 30/1 31/12 50/14 51/2 51/11 51/13 61/20 63/7 67/12 67/15 67/18 76/15 76/19 79/23
upset [6]  49/19 52/15 68/12 68/15 69/12 69/12
us [9]  5/5 14/15 20/15 25/20 48/19 48/21 49/7 62/18

8/6

use [2]  14/3 31/11
used [5]  14/10 14/11 24/24 24/24 69/5
useless [1]  72/3
using [2]  26/9 29/2
usually [2]  14/3 48/5

**V**

vague [1]  6/11
vendor [5]  24/19 58/14 58/25 66/20 68/21
vendors [1]  67/18
very [33]  16/17 22/2 24/18 25/1 28/18 35/17 37/7 38/6 38/23 40/9 40/9 41/21 42/16 47/14 49/9 52/6 52/12 52/14 52/17 55/6 56/4 58/18 62/15 62/15 62/16 62/18 62/19 71/18 73/22 76/17 80/14 80/17 80/17
vested [1]  82/14
vice [7]  11/6 44/12 45/5 45/7 45/7 45/18 49/14
view [1]  55/15
Viola [5]  47/1 47/15 48/17 51/16 75/19
Vital [1]  63/20
VITALCORE [50]  1/6 4/12 7/12 7/19 7/23 8/5 8/8 8/12 8/22 9/1 9/4 9/6 9/23 9/25 10/3 10/5 10/20 20/12 34/2 34/6 34/13 44/24 45/15 51/5 52/22 52/23 56/16 56/17 57/3 57/5 57/8 57/23 58/13 59/4 60/6 61/6 63/21 65/2 65/14 66/16 66/21 66/23 67/4 67/19 72/1 74/12 75/11 77/6 77/8 80/11
VitalCore's [5]  8/10 22/23 33/18 49/22 66/22
voluntary [1]  18/23
VP [1]  45/8

**W**

W-H-E-A-T-L-E-Y [1] 4/24
wage [1]  65/17
Waide [1]  2/3
walked [2]  49/3 55/9
walks [1]  49/15
want [34]  5/15 5/21 6/6 10/17 15/14 20/16

23/8 26/11 33/20

33/21 38/11 38/12 42/21 43/10 43/24 44/6 46/4 50/6 52/8 54/20 55/13 56/13 58/25 61/3 64/14 66/20 68/1 68/2 69/11 69/13 69/14 72/6 74/4 79/20
wanted [6]  35/23 39/16 51/18 60/22 61/22 78/5
wanting [1]  22/21
wants [2]  15/13 34/13
war [1]  40/1
warden [2]  69/21 69/23
was [200]
wasn't [6]  10/10 14/13 23/4 38/21 63/17 76/9
way [15]  5/23 10/18 11/9 12/2 13/7 14/12 15/12 15/12 15/20 30/8 37/3 38/8 66/2 71/6 76/2
ways [4]  56/18 56/24 57/4 63/14
we [144]
we'd [1]  14/6
we'll [1]  67/22
we're [4]  5/23 43/11 60/23 76/16
we've [8]  13/3 44/5 63/13 65/14 71/23 71/24 71/24 71/25
website [1]  9/12
week [2]  18/6 37/18
weeks [5]  10/9 36/21 52/17 52/18 64/16
welcome [1]  11/25
well [12]  9/9 37/15 37/16 47/11 49/12 51/13 57/15 59/24 60/1 73/1 73/25 78/21
went [3]  10/6 13/4 39/14
were [53]  7/22 8/19 9/24 10/4 10/9 10/12 10/13 10/14 10/16 11/12 12/24 12/24 13/9 17/1 20/14 24/16 25/11 25/13 25/21 26/7 26/8 26/11 26/13 28/13 28/14 33/2 35/12 35/14 36/14 38/7 39/18 41/9 42/14 42/16 42/18 43/3 49/11 54/12 54/23 57/18 58/5 58/6 58/8 59/15 60/4 60/11 60/12 65/14 68/12 69/9 75/25 76/10

76/13

weren't [2]  47/22 75/1
what [76]  5/21 8/1 10/7 10/20 11/11 14/1 17/14 17/14 21/19 23/22 23/23 24/15 24/15 24/16 25/22 26/4 26/7 26/22 27/2 27/5 27/18 31/2 31/3 31/25 32/22 34/3 35/10 35/12 36/5 39/5 42/10 45/4 45/13 48/15 48/19 48/21 48/23 49/5 49/20 49/23 50/13 50/20 50/23 50/24 52/10 52/15 52/16 52/21 52/23 53/18 53/24 54/19 54/21 54/21 54/24 55/3 55/13 56/11 56/17 57/2 57/2 58/5 64/24 65/7 67/12 67/22 68/25 69/23 70/25 71/11 71/22 72/7 74/1 78/20 79/3 79/17
what's [12]  5/5 8/8 15/6 17/17 18/12 22/16 23/17 33/7 45/17 69/10 69/20 69/24
whatever [3]  6/17 12/2 37/20
Wheatley [1]  4/23
when [42]  6/16 8/13 10/2 10/11 10/19 11/10 13/10 14/1 16/2 19/9 20/2 20/14 21/15 21/15 22/5 23/6 23/19 24/8 27/4 27/21 28/8 37/10 37/23 38/13 44/13 44/18 46/2 51/10 54/22 55/9 58/12 59/11 60/9 65/10 67/12 72/6 73/13 75/24 76/6 76/9 76/10 80/24
whenever [1]  17/12
where [20]  7/7 7/11 7/11 7/22 14/7 19/20 30/18 34/4 35/4 43/13 43/15 45/8 46/6 66/23 68/4 68/11 68/14 72/8 72/20 72/20
whether [4]  15/18 31/19 32/2 65/3
which [13]  7/16 15/24 17/9 26/9 27/9 29/14 30/7 48/24 56/24 66/5 71/20 71/20 73/21
while [3]  39/17 39/19

40/5

who [19]  12/14 14/17 34/9 39/23 41/3 42/18 43/12 44/10 44/13 47/7 47/7 48/3 63/10 63/20 67/16 73/12 73/15 73/16 73/25
who's [1]  73/11
whose [2]  63/19 64/7
why [19]  11/24 13/24 21/12 35/23 37/4 37/6 39/24 50/12 52/6 53/9 60/8 63/16 63/16 72/23 74/6 75/4 75/7 75/8 75/12
will [43]  6/1 7/9 10/23 10/24 11/9 12/7 14/19 15/2 15/24 19/16 20/20 20/23 21/2 21/3 21/8 23/21 27/23 30/16 30/17 31/11 32/22 32/25 33/4 33/18 33/19 34/18 35/5 39/23 40/14 47/7 48/20 58/22 58/23 58/23 59/6 65/19 67/5 67/8 67/22 70/13 71/9 76/20 76/22
Willie [2]  60/2 60/21
willing [2]  37/10 37/13
wish [1]  9/10
wishes [1]  67/14
wishful [1]  64/14
within [4]  63/20 63/21 65/1 65/22
without [1]  49/18
witness [5]  47/3 50/25 51/18 82/12 82/20
won't [2]  68/25 79/7
word [3]  6/3 29/5 56/2
words [1]  57/2
work [35]  5/17 7/11 7/22 13/12 14/11 27/25 30/6 30/18 35/16 36/8 36/8 36/22 38/17 38/22 40/25 41/12 41/16 43/12 47/12 51/4 52/23 54/4 54/6 54/7 55/10 56/7 56/8 57/6 61/11 61/12 61/17 62/8 69/25 71/16 81/4
worked [2]  63/11 68/21
worker [2]  32/7 32/13
working [10]  7/18 14/17 20/24 20/25 22/2 22/4 48/24 49/1

## W

working... [2]  50/11 53/14
workplace [1]  47/16
works [1]  38/9
world [1]  18/13
worried [2]  41/6 41/8
worry [1]  40/17
would [38]  8/21 24/9 28/15 31/3 31/3 33/23 33/24 34/22 36/13 37/16 40/13 41/18 44/13 47/7 47/24 48/2 48/3 58/10 62/22 62/22 64/18 65/11 65/15 65/17 66/7 67/1 67/19 67/24 69/2 69/3 69/4 69/9 71/11 72/24 76/11 78/24 79/4 80/9
wouldn't [1]  28/10
write [2]  5/25 6/15
written [5]  33/12 48/9 49/22 55/11 64/2
wrong [7]  20/3 39/18 40/2 46/14 55/8 58/2 60/10

## Y

y'all [2]  54/12 54/12
YANCE [2]  2/3 4/10
yeah [13]  21/20 31/14 35/23 39/4 39/7 43/1 45/23 52/19 62/24 65/13 74/16 74/17 78/5
year [3]  27/17 27/18 51/22
years [18]  4/25 8/19 8/21 15/1 15/3 15/10 16/22 25/3 34/12 46/18 51/5 57/12 68/19 71/14 72/5 75/19 75/20 80/23
yes [36]  4/20 5/11 6/13 6/17 9/5 9/10 11/5 11/18 13/2 13/11 14/19 16/2 20/14 21/20 22/7 24/14 27/6 32/11 37/5 40/3 40/21 40/22 44/25 45/16 48/22 51/4 53/3 54/14 60/20 65/6 68/15 70/4 70/5 73/9 79/2 80/9
you [330]
you'll [2]  32/5 33/16
you're [17]  4/23 5/12 6/9 7/8 7/11 11/25 12/6 12/9 19/23 32/12 32/13 37/13 41/22

36/14 70/23 71/13 78/14
you've [10]  4/14 8/11 19/23 19/24 60/18 66/13 66/14 71/8 77/22 78/16
your [49]  4/6 4/14 6/16 7/2 7/9 8/1 10/21 11/11 12/11 18/14 20/18 21/19 23/7 23/7 23/22 25/15 26/8 26/12 28/19 31/21 35/1 35/15 35/19 36/5 37/14 40/19 43/18 50/21 53/18 53/21 55/15 56/2 56/3 57/2 61/3 61/17 61/17 63/12 64/19 66/3 67/13 67/25 68/13 71/4 71/5 74/14 74/17 79/1 81/6

## Z

Zero [1]  81/4
ZIP [1]  5/1
zone [1]  40/1